# In The Matter Of:

*Apple*
*vs.*
*Motorola*

_____

*Leonard Cimini, Ph.D.*

*July 13, 2011*

_____

**MERRILL CORPORATION**
**LegaLink, Inc.**

311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Leonard Cimini, Ph.D.   July 13, 2011

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN


APPLE INC. and NEXT          )
SOFTWARE, INC., (f/k/a        )
NeXT COMPUTER, INC.,          )
                             ) Civil Action No.
   Plaintiffs and            ) 10-CV-662 (BBC)
   Counterclaim-Defendants,)
                             )
 -vs-                        )
                             )
MOTOROLA, INC. and MOTOROLA)
MOBILITY, INC.,              )
                             )
   Defendants and            )
   Counterclaim-Plaintiffs.)



        Videotape deposition of LEONARD CIMINI,
Ph.D. taken pursuant to notice at the law offices
of Morris, Nichols, Arsht & Tunnell, 1201 Market
Street, 18th Floor, Wilmington, Delaware,
beginning at 11:00 a.m. on July 13, 2011, before
Julianne LaBadia, Registered Diplomate Reporter
and Notary Public.

APPEARANCES:

     ROBERT T. HASLAM, ESQ.
     COVINGTON & BURLING, LLP
      333 Twin Dolphin Drive - Suite 700
      Redwood Shores, California  94065-1418
      For the Plaintiffs/Counterclaim-Defendants


  (APPEARANCES CONTINUED)


              WILCOX & FETZER
1330 King Street, Wilmington, Delaware 19801
             (302) 655-0477
             www.wilfet.com

Leonard Cimini, Ph.D.    July 13, 2011

Page 2

1    MARC K. WEINSTEIN, ESQ.
     QUINN EMANUEL URQUHART & SULLIVAN, LLP
2    NBF Hibiya Bldg, 25F
     117 Uchisaiwai-cho, Chiyoda-ku
3    Tokyo 100-0011, Japan
     For the Defendants/Counterclaim Plaintiffs
4
     ALSO PRESENT:  Lindsay DuPhily - Discovery Video
5    Services
6
7              * * * * * * * * * *
8
9         THE VIDEOGRAPHER:  This is the
10   videotape deposition of Dr. Leonard Cimini, taken
11   by the defendant in the matter of Apple, Inc.,
12   and NeXT Software, Inc., a/k/a NeXT Computer,
13   Inc., plaintiffs and counterclaim-defendants,
14   versus Motorola, Inc., and MotorolaMobility,
15   Inc., defendants and counterclaim-plaintiffs, in
16   and for the United States District Court for the
17   Western District of Wisconsin, case number
18   10-CV-662.
19        This deposition is being held at
20   Morris, Nichols, Arsht & Tunnell, Wilmington,
21   Delaware. We're going on the record on July 13,
22   2011, at approximately 11:00 a.m.
23        The court reporter is Juli LaBadia
24   from the firm of Wilcox & Fetzer, Wilmington,

Page 3

1    Delaware. My name is Lindsay DuPhily. I'm the
2    videotape specialist of Discovery Video Services,
3    in association with Wilcox & Fetzer.
4         Counsel will now introduce
5    themselves, and then the court reporter will
6    swear in the witness.
7         MR. WEINSTEIN:  I'm Marc Weinstein
8    of Quinn Emanuel, representing Motorola.
9         MR. HASLAM:  Bob Haslam, Covington &
10   Burling, representing Apple, Inc. and NeXT.
11        LEONARD CIMINI, Ph.D.
12        The witness herein, having first been
13        duly sworn on oath, was examined and
14        testified as follows:
15             DIRECT EXAMINATION
16   BY MR. WEINSTEIN:
17   Q. Okay. Thank you for coming this morning.
18   Could you just give me your full name and the
19   spelling.
20   A. Leonard Cimini. Last name, C-i-m-i-n-i.
21   Q. And just confirm that you understand
22   you're under oath?
23   A. Yes.
24   Q. That this is no different than testifying

Page 4

1    in front of a judge in a court?
2    A. Yes.
3    Q. And just to confirm, also, there's no
4    reason that you are impaired in any way this
5    morning in giving your testimony? There's no
6    medication or anything that --
7    A. No.
8    Q. Okay. Have you been deposed before?
9    A. Yes.
10   Q. How many times?
11   A. Twice.
12   Q. Twice. And what were those matters
13   related to?
14   A. One was a patent case, an expert witness
15   testimony, and I -- it was -- the defendant was
16   Syro, and I was retained by Hewlett Packard.
17   Q. Okay. And the other matter?
18   A. The other matter was a civil case, my own.
19   I had an addition built and sued the builder.
20   Q. Oh. Okay. And have you ever submitted an
21   expert declaration previously?
22   A. Yes.
23   Q. And was that also in the HP matter?
24   A. Yes.

Page 5

1    Q. Any other times?
2    A. One time -- the first case I ever worked
3    on, in 2004, it was Agere Broadcom, and I don't
4    know if it was actually ever submitted. The case
5    was settled right around the time that I wrote
6    it.
7    Q. And in HP, what was the technology
8    involved?
9    A. Wi-fi.
10   Q. And can you be more specific? Wi-fi for
11   cellular networks? Wi-fi for --
12   A. No, no. Wi -- actively 802.11.
13   Q. 802.11?
14   A. Yes.
15   Q. Okay. Have you ever testified in court
16   before?
17   A. No.
18   Q. And this is your first time being retained
19   as an expert for Apple?
20   A. Yes.
21   Q. And have you previously been retained by
22   Covington & Burling as an expert?
23   A. No.
24   Q. I guess the first, Cimini Exhibit Number 1

2 (Pages 2 to 5)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.   July 13, 2011

Page 6

1    is Dr. Cimini's CV.
2         (Cimini Exhibit 1 marked for
3    identification)
4    BY MR. WEINSTEIN:
5         Q.  So, the CV is fairly self-explanatory, but
6    I would just like to go through a few items.
7         A.  Okay.
8         Q.  To have a better understanding of the
9    things that you have researched and worked on.
10   First, can you just tell me a little bit about
11   your Ph.D.?  What was the focus of that?
12        A.  My Ph.D. was on, in the broad sense,
13   detection and estimation theory.  And it was
14   specifically on robust detection and estimation.
15   So, the gist of that is that you try to -- when
16   you design a system, you don't actually know what
17   the environment is like.  You make a guess.  And
18   if you design your system based on your guess,
19   you're often quite wrong, and the system degrades
20   rapidly.  So, you design it based on sort of a
21   class of guesses.
22        Q.  Okay.
23        A.  And that's what my -- it was mainly on.
24   The title, it doesn't sound like that.  It's Sum

Page 7

1    Results and Quantization In Filtering and
2    Detection.
3         Q.  And your first job after getting your
4    Ph.D. was with AT&T?
5         A.  Yes.
6         Q.  And please tell me the things you, in your
7    initial role there, what are the things you
8    worked on?
9         A.  My -- I worked in a group that did
10   cellular systems engineering.  This is before
11   there were cellular systems.
12        Q.  And the timing of that was?
13        A.  April, 1982.
14        Q.  Okay.  And what did you do for cellular
15   systems engineering?
16        A.  My -- my job, I worked in a
17   forward-looking radio group.  We didn't call it
18   wireless.  It was radio then.
19        Q.  Uh-huh.
20        A.  And my job was next generation cellular.
21   So we didn't have a first, but mine was the next,
22   which would be digital cellular.  And my job was
23   to determine what modulation techniques should be
24   used.  So I worked on a technology called OFDM,

Page 8

1    and proposed that for the next generation.
2         Q.  Can you explain OFDM.
3         A.  So, OFDM is what's used in Wi-fi in 802.11
4    today.
5         Q.  Uh-huh.
6         A.  And in many systems.
7         Q.  What other systems is it used in?
8         A.  WiMax.  WiMax is sort of a smaller
9    distance cellular type system that's popular
10   especially in Korea.  It's called WiBro there,
11   for broadband.
12        Q.  Uh-huh.
13        A.  And the main problem with transmitting at
14   higher bit rates is the fact that the signal gets
15   to the destination by multiple paths.  So when it
16   arrives, it has spread your pulse, because they
17   arrive at different times, these different paths.
18        Q.  Uh-huh.
19        A.  And so, what happens is your pulse spreads
20   into the next pulse.  This is called intersymbol
21   interference.  And that's the main limitation in
22   transmitting at higher bit rates.
23        So, what OFDM does, is it's
24   essentially the same as saying if I have a wire

Page 9

1    that allows me to transmit one megabit per
2    second --
3         Q.  Uh-huh.
4         A.  -- if I want to transmit 10 megabits per
5    second, I take 10 wires and I put them together.
6    And that's what OFDM is.  Except the wires are
7    not wires.  They're frequencies.  They're
8    frequency bands.
9         So OFDM stands for orthogonal
10   frequency division and multiplexing.  And in 1982
11   it couldn't be built, even at very low rates.
12   And so, we -- we gave up on that technology,
13   until the late '80s and early '90s, when DSP
14   technology progressed enough that we could build
15   it.
16        Q.  And that's digital signal processing?
17        A.  Yes.  In 1982, digital signal processors
18   were very, very new.
19        Q.  Okay.  And so, this was done in
20   development throughout the early, mid, and late
21   '80s?
22        A.  That was from 1982 to 1985.
23        Q.  Okay.
24        A.  And then in 1985, I moved to the research

3 (Pages 6 to 9)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 10

1 area at Bell Labs, and worked on fiberoptic
2 communications for five years.
3        And then in 1990, I went back to
4 working on radio wireless systems. Both
5 cellular -- at that point, it would be 3G
6 systems.
7    Q. Uh-huh.
8    A. Although they weren't called that then,
9 either. And in building systems, you know,
10 wi-fi, 802.11 type systems. And I did that until
11 2002, when AT&T downsized, and I came to the
12 University of Delaware.
13    Q. And in the U.S., what systems use OFDM?
14    A. 80 -- the initial one was 802.11A. But
15 802.11, the current version, 802.11G, 802.11N,
16 and the newer systems, which will come out later,
17 802.11AC. They all use OFDM. And WiMax, which
18 is 802.16. 802.16. I don't know how many WiMax
19 systems are deployed in the United States.
20    Q. And is OFDM used for any other --
21    A. OFDM is part of the third --
22    Q. That's what --
23    A. -- generation cellular systems. But only
24 for the downlink. So, from the base station to

Page 11

1 the mobile units. And only in some forms of it.
2    Q. Okay. And then you've now been at
3 Delaware since '92 as a professor?
4    A. 2002.
5    Q. 2002.
6    A. Yes.
7    Q. And what are the topics that you teach?
8    A. Mostly communications. So I teach a
9 graduate course in digital communications. I
10 teach an undergraduate course, senior level, in
11 communication systems. And I teach a sophomore
12 level course that's called signals and systems.
13 It's the basic -- what are called linear time and
14 variance systems.
15    Q. I'm familiar with that course.
16    A. Okay. Yeah. Everyone has to take that
17 course.
18    Q. Yes.
19    A. It's a required course.
20    Q. Yes. Okay. Is there any cellular system
21 around the world that uses OFDM?
22    A. Not at the present time.
23    Q. Okay. I'd like to introduce as Cimini
24 Exhibit Number 2, this is -- sorry.

Page 12

1        (Cimini Exhibit 2 marked for
2 identification)
3        MR. HASLAM: I've got a copy,
4 thanks.
5        MR. WEINSTEIN: Okay. You bet.
6 BY MR. WEINSTEIN:
7    Q. This is Dr. Cimini's declaration that was
8 submitted as part of Apple's opening claim
9 construction brief. Okay. If you would turn to
10 page 2.
11    A. Yup.
12    Q. In paragraph 9, you said, "In preparing
13 this declaration, I have extensively reviewed
14 various materials, including the '559 patent and
15 its file history." Can you tell me what other
16 materials that you referred to?
17    A. For this dec -- for making this
18 declaration?
19    Q. Yes.
20    A. Just the '559 patent and its file history.
21    Q. So if the -- any statement that you've
22 made in the declaration, if it was not from the
23 '559 patent or the file history, was it just
24 based on your general knowledge?

Page 13

1    A. Yes.
2    Q. So there were no other technical papers or
3 books or documents that you --
4    A. Not in writing this declaration.
5    Q. Were there any discussions you had with
6 other professors or engineers in helping to
7 prepare the dec?
8    A. No.
9    Q. Did you, in fact, write the declaration
10 yourself?
11    A. The Covington attorneys and I wrote the
12 patent -- wrote the declaration together.
13    Q. Okay. In paragraph 10, you say, "The '559
14 patent is directed to the field of wireless
15 telecommunication systems, and that addresses the
16 problem of multiple cellular telephones trying to
17 communicate with the same base station in the
18 cellular network at the same time."
19        On what basis do you make that
20 statement?
21    A. From the description and specification of
22 the patent.
23    Q. And could you point -- oh.
24    A. I don't have --

4 (Pages 10 to 13)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.   July 13, 2011

Page 14

1    Q. Before we do that. Yes.
2    A. Yeah.
3    Q. Let me introduce as Cimini Exhibit Number
4  3, this is U.S. patent number 6,175,559, to Tyler
5  Brown.
6         (Cimini Exhibit 3 marked for
7  identification)
8  BY MR. WEINSTEIN:
9    A. Yeah. Thank you. Were you waiting for my
10 answer?
11   Q. Yes.
12   A. Okay. Sorry. So, in -- in column 1,
13 around line 15 --
14   Q. Uh-huh.
15   A. -- because multiple mobile stations may be
16 trying to access the channel simultaneously.
17   Q. Okay. And just to step back a bit. In
18 preparing for today, did you review the '559
19 patent again?
20   A. Yes.
21   Q. And when did you do that?
22   A. Yesterday, and Sunday.
23   Q. And were there any other materials that
24 you used in preparing?

Page 15

1    A. Yes. I looked at -- I looked at several
2  of the other patents that I had.
3    Q. Several other patents --
4    A. I can't remember all the numbers.
5    Q. Several other patents related to this
6  patent?
7    A. Related to this one.
8    Q. Anything else? Any other technical
9  documents?
10   A. No.
11   Q. Did you refer to any --
12   A. Oh, wait. Yes. The 3GPP. Some of the
13 3GPP documents.
14   Q. Did that include the -- I'm sorry. A 3GPP
15 TS25.213 standard?
16   A. Yes.
17   Q. Okay. So, and the next line in paragraph
18 10, it says, "When a new cellular telephone
19 enters a cell, it must notify the base station of
20 its presence so that it can begin to send and
21 receive data on the network. The new cellular
22 telephone transmits a choice signal called a
23 preamble to allow the base station to detect its
24 presence."

Page 16

1         So from the time that a cell phone
2  enters a cell to the time that it actually
3  transmits the preamble sequence, can you explain
4  what steps take place?
5    A. Not exactly. So, I can tell you in
6  general terms.
7    Q. Okay.
8    A. So when you're -- when you have your cell
9  phone and you're in a -- in an area, you're in
10 Wilmington.
11   Q. Uh-huh.
12   A. You turn your phone on. Your phone
13 immediately makes contact with the cellular
14 system, trying to find the nearest base station.
15 So that's all part of the initial process. Just
16 knowing where you are, first of all.
17   Q. Okay.
18   A. But the process where now you have
19 something to send is slightly different than --
20 this is more about the mobile station initiating,
21 you know, communications with the base station.
22   Q. Such as making a phone call?
23   A. Such as making a phone call, or a text,
24 anything.

Page 17

1    Q. Right.
2    A. And so, what you need is you need some
3  information that needs to be exchanged with the
4  base station, that one, allows the base station
5  to know you're there, and to do synchronization.
6  And that's what this short preamble is for.
7         So this would happen almost
8  immediately when you have something to send. In
9  general terms. I can't tell you exactly how --
10   Q. Okay.
11   A. -- 3G operates, or even a 2G system.
12   Q. Okay. So before the preamble is actually
13 sent, are there steps, are there any other
14 communications that occur between the mobile
15 station and the base station?
16   A. I don't know how each system operates, but
17 in the older cellular systems, so if we go back
18 to the 2G, what happened is as soon as you
19 were -- your phone is turned on, with nothing to
20 transmit, there's essentially something that
21 would be -- you can call a beacon, that allows
22 the station to -- to know where you are, within
23 which cell you are.
24   Q. So the beacon is from -- from which to

5 (Pages 14 to 17)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 18

1  which?  From the mobile station to --
2      A.  It would be from the base station to the
3  mobile.  Setting up sort of a handshaking, to say
4  yes, I know you're up there.  But in the newer
5  systems, that might not be necessary.  I'm not
6  sure.
7      Q.  So in the newer system -- I'm sorry.  So
8  for 3G, it might not --
9      A.  It might not be necessary.  But I can't
10  say.
11      Q.  Okay.  Then the last line is that "The
12  base station then transmits to the new cellular
13  telephone a unique identifying value that the new
14  cellular telephone uses in future transmissions."
15  Can you explain, what is the unique identifying
16  value?
17      A.  So, the unique identifying value depends
18  on the system, right.  So let's assume that it's
19  a CDMA system.  So either -- either 2G or the
20  newer 3G.
21      Q.  Uh-huh.
22      A.  So what the base station would have to
23  tell the cell -- the cell phone is how that --
24  how to communicate so that the base station can

Page 19

1  distinguish it from other users, and the mobile
2  station is transmitting to the correct base
3  station.
4      Q.  Okay.
5      A.  So this identifying value could be a code,
6  if it's a CDMA system.  And that's how 2G and 3G
7  would operate for CDMA.
8      Q.  Okay.  And the code, is the code actually
9  sent from the base station to the mobile station?
10      A.  The code is actually sent from the --
11  okay.  So I should back up.  I'm not sure if the
12  actual code is sent.  It could be that the base
13  station sends to the mobile station an index, so
14  the mobile station has a table where the code --
15  say index 7 means this code.
16          Or it could be, actually send, if
17  it's being done by some circuitry that's
18  generating the code, it can tell it the -- the
19  weights on the -- on the shift register.  I don't
20  know how it's actually done.
21      Q.  Okay.
22      A.  In the newer systems.
23      Q.  Okay.  Let's move on to paragraph 11.
24      A.  Okay.

Page 20

1      Q.  "Because many new cellular telephones
2  often enter a cell at the same time, multiple new
3  cellular telephones may try to transmit preambles
4  to the base station at the same time."  And what
5  was the basis for that statement?
6      A.  So, let me see if I can find the line.
7  Right.  So, this comes from -- you can go, the
8  same line we read before, "because multiple
9  mobile stations may be trying to access the
10  channel simultaneously."  Right.  So that
11  corresponds to many users -- "multiple new
12  cellular telephones might try to transmit the
13  preamble to the base station at the same time."
14  So that comes from simultaneously.
15      Q.  Uh-huh.  And then the following statement,
16  "The base station must be able to distinguish the
17  different preambles."
18      A.  Right.  So this -- this comes from reading
19  the patent, but basically, also general
20  knowledge, right?  So if you need to -- if you
21  have multiple users all trying to access the
22  channel at the same time, you need a way to
23  separate them.
24      Q.  Okay.

Page 21

1      A.  Otherwise they just look like one blob of
2  noise to the base station.  So the base station
3  needs to be able to separate these.
4      Q.  Okay.  And the '559 patent, you're saying,
5  is directed to CDMA?
6      A.  Yeah.  That's what it says.
7      Q.  Okay.  And is it -- is the '559 patent
8  also applicable to other forms of cellular
9  systems?
10      A.  No.
11      Q.  Okay.  In paragraph 12, you get into doing
12  some background on CDMA systems.  The second
13  sentence, "CDMA allows multiple cellular
14  telephones to use the same physical communication
15  channel."  Can you explain what that means?
16      A.  So, the -- you need to separate users in
17  some way.  And so, you can separate them in time
18  or frequency.  So that means users use different
19  times, so you get a turn and I get a turn.  Or
20  use different frequencies, which is the way the
21  oldest systems operated.  Or there's another way,
22  where you can use the same time and the same
23  frequency, but each user is assigned a different
24  code.

6  (Pages 18 to 21)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 22

1    And ideally, these codes are
2  orthogonal, so that at the destination, at the
3  base station, each user has a different code.
4  The base station correlates with each of these
5  codes, and separates the users.  So they're
6  allowed to use the same frequency channel at the
7  same time.
8        (Phone beeps)
9        MR. WEINSTEIN:  Excuse me.
10    Q.  In the last clause, it says, "Without
11  significant interference by encoding transmitted
12  data, using a code that is unique to that
13  cellular telephone, and that can be distinguished
14  from the codes of all cellular -- all other
15  cellular telephones."  Is that the same unique
16  code you were talking about before?
17    A.  Yes.  I -- in the previous explanation, I
18  actually answered, you know, explained the next
19  sentence.
20    Q.  Okay.  So that's after the preamble has
21  been sent?
22    A.  Well, it's a combination, right?  So
23  there's two -- there's two features to a
24  communication system, right?  There's the

Page 23

1  synchronization access, and then there's actual
2  transmission of data.
3    Q.  Okay.
4    A.  So the code would be used in -- a code
5  would be used in both cases.
6    Q.  Okay.
7    A.  But it's in a -- in the preamble part,
8  you're going to separate users to start access to
9  the channel.  In the -- once you have access,
10  then the actual data communication occurs,
11  potentially with a different code.  It depends on
12  how the system is designed.
13    Q.  Okay.  And in the CDMA, is that the same
14  code or different codes?
15    A.  CDMA stands for code division multiple
16  access.
17    Q.  Right.
18    A.  It simply means that each user has a
19  different code.
20    Q.  That would be --
21    A.  In order to access the channel, and in
22  order to transmit data.
23    Q.  Right.  The code used for the preamble,
24  and then the code used for later messaging, is

Page 24

1  that the same code or different code in CDMA?
2    A.  It could be either.  In the simplest case,
3  it would be the same.
4    Q.  All right.
5    A.  But --
6    Q.  Can you explain to me, I know you've given
7  me some background on it, but what are the
8  primary differences between CDMA and OFDM/FDMA?
9    A.  Okay.  So --
10        MR. HASLAM:  I'm going to let him
11  answer that, but I'm going to object on the
12  relevance of that.  It's not a topic that's
13  discussed in his declaration, and that's what
14  we're here to talk about.
15        MR. WEINSTEIN:  Well -- okay.
16    Q.  Please answer.
17    A.  Okay.  So, FDMA means I separate users by
18  different -- each user uses a different
19  frequency.  So the very first cellular system,
20  for example, which was analog, called amps, used
21  separate frequencies.  So you were given a
22  frequency, and you kept it forever.  That
23  frequency channel was yours.  That's similar to
24  your -- when you pick up a wired telephone.  You

Page 25

1  get that wire, and that wire is yours and no one
2  else uses it.
3        In -- in TDMA, we all use the same
4  wire, but we share it.  So I use it first, and
5  then you use it.  In CDMA, we all use the wire,
6  all use it at the same time, but we all use a
7  different code.
8        OFDM is not the same class.  It's
9  not an access technology.  OFDM is a modulation
10  technique that permits you to transmit at higher
11  bit rates.  So it applies to one user at a time.
12  And it could apply to all three systems:  CDMA,
13  TDMA, or FDMA.
14    Q.  Okay.  So, I'm sorry.  So OFDM can be used
15  in CDMA?
16    A.  Yeah, it can.  There are plenty of
17  technologies that are called multi-carrier CDMA,
18  that look very much like OFDM.
19    Q.  And those are used in the U.S.?
20    A.  I don't know.  The 3G technologies, some
21  of the original 3G proposals were multi-carrier
22  CDMA, but I don't know how much of it is actually
23  being -- going to be deployed, or even considered
24  in the future.

7 (Pages 22 to 25)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 26

1    Q. Okay. I'd like to enter as -- this is now
2 Cimini Exhibit Number 4. And this is just a list
3 of Dr. Cimini's publications.
4         (Cimini Exhibit 4 marked for
5 identification)
6 BY MR. WEINSTEIN:
7    Q. And this is a publication list that comes
8 from the University of Delaware's website that's
9 linked to your bio.
10    A. Okay. Yeah.
11    Q. And this, it lists your journal articles.
12 Also conference papers, your patents, and your
13 books. Books is on -- I guess it's page 6.
14    A. Page 6.
15    Q. No, I'm sorry. It's not there. I'm
16 sorry. It's on the very last page. Page 8.
17    A. Yes.
18    Q. Okay.
19    A. They're just book chapters.
20    Q. Those are just book chapters?
21    A. Yes.
22    Q. And do any of those book chapters relate
23 to CDMA?
24    A. No.

Page 27

1    Q. And in this, there are 50 journal articles
2 listed. I guess the majority are relating to
3 OFDM. Do any of them relate to CDMA?
4    A. I'm sorry. I'm trying -- I'm looking
5 through it --
6    Q. Sure.
7    A. -- to see if there are. No. I don't -- I
8 don't believe so.
9    Q. Okay. And is that also the case for
10 the -- the conference papers?
11    A. I would think so.
12    Q. There's quite a few more.
13    A. Yes.
14    Q. And just also to confirm, also for your
15 patents?
16    A. No. No CDMA.
17    Q. So, in -- in providing the overview of
18 CDMA, how -- on what basis do you -- are you able
19 to discuss it?
20    A. CDMA is a well-known technology, and
21 it's -- it's well developed already in textbooks.
22 And I've worked in cellular and wi-fi for almost
23 30 years, so I've developed a background where I
24 understand these. And I've taught courses and

Page 28

1 short courses that covered CDMA.
2    Q. Okay. And returning to your declaration,
3 in paragraph 13, you said, "The basic unit of
4 information transmitted over CDMA is called a
5 chip." Can you explain the meaning of a chip?
6    A. In the -- the fundamental principle of
7 CDMA that allows it to -- to work, is that what
8 you do is you take a given user or information
9 symbols from the user, information from the user,
10 and you spread it over a very large band. And
11 then all the users sort of pile on top of each
12 other.
13    Q. Uh-huh.
14    A. And so, the fundamental time unit, when
15 you spread something, means that the time
16 interval now is much shorter. So, if a pulse was
17 of width T before, if you spread it by a factor
18 of N, the fundamental pulse is now T divided by
19 N. And that fundamental pulse is called a chip,
20 to mean part of a -- of a bit.
21    Q. Okay. And the next sentence you say, "A
22 chip is binary, meaning it has a value of either
23 1's and 0's or plus 1 and minus 1. These are --
24 those are real values." Is there a difference

Page 29

1 between a chip with a real value and one that has
2 an imaginary or complex?
3    A. No. In general, a chip could be. More
4 typically, and I don't think I've ever seen a
5 chip in an implementation that was not real
6 valued, and simply plus or minus 1.
7    Q. So in all implementations, it's -- it's a
8 real value. Does that -- throughout the
9 generation and transmission process of any data,
10 it's always going to be a plus 1 or minus 1
11 value?
12    A. No. That's not true.
13    Q. Okay. Can you explain why that's not so?
14    A. Right. Because in general, the
15 transmitted -- all information that's transmitted
16 over the air -- air is real. All right? You
17 can't transmit imaginary things.
18    Q. Uh-huh.
19    A. But from a mathematical implementation
20 point of view, you think of the information that
21 you're transmitting as complex. Which means it
22 has a real and an imaginary part. Or from an
23 implementation point of view, it has an in phase
24 and quadrature part.

8 (Pages 26 to 29)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 30

1    Q. Can you explain that?  In phase and
2  quadrature part?
3    A. Simply mean that it has -- let's take an
4  example.  That we -- if we want to send a pulse,
5  and we can modulate that pulse in many ways.  So
6  we can modulate its amplitude, or we can modulate
7  its phase, or frequency.
8       If we modulate its phase, what we're
9  doing, and you can think of it as a
10  two-dimensional plane.  So there's the real and
11  imaginary parts.  And what we're doing is we're
12  rotating it as we change its phase.  So one of
13  the simple modulation techniques is called QPSK,
14  and we represent that as four complex numbers.
15  Think of it as the four -- one point in each
16  quadrant.
17    Q. Right.  So plus 1 minus J, plus 1 plus J,
18  minus 1 minus J, minus 1 plus J?
19    A. Correct.  That's correct.
20    Q. Okay.  And what is the point of modulating
21  by phase?  What's it used for?
22    A. The -- it's just another way to modulate
23  data.  And it's a -- so what you do when you try
24  to determine what modulation technique to use,

Page 31

1  you have to consider how much band width it uses,
2  how much power it uses, and how simple it is to
3  implement.
4       And you use those three measures to
5  determine which modulation technique to use.  So
6  for example, if you'd like to transmit higher bit
7  rates, you need to have more amplitudes and more
8  phases.  It's the only way to pack those -- those
9  points that we just talked about --
10    Q. Uh-huh.
11    A. -- into this two-dimensional space.
12  Right?  So that's the advantage of modulating
13  with multiple levels in both amplitude and phase.
14       Phase gives you an advantage, in
15  that the amplitude's not changing.  So if you
16  modulate the phase, the envelope of your signal
17  is constant.  And so, it has that advantage.  It
18  makes for simpler transmitter circuitry.
19    Q. Because it's able to determine --
20    A. No.  It's because if you have a constant
21  envelope --
22    Q. Uh-huh.
23    A. -- you can put it through an amplifier
24  that's very non-linear and it doesn't bother it.

Page 32

1  So that's why you would use phase modulation.
2    Q. And is that what CDMA systems use?
3    A. The old -- the 2G systems used QPSK and
4  BPSK.  So mainly, the original systems used plus
5  or minus 1's only.
6    Q. But in the 3G system you don't know?
7    A. In the 3G systems, the modulation
8  techniques go to multiple levels.
9    Q. Can you explain that?
10    A. So, they -- they -- if you take the QPSK,
11  and you just consider more points in each
12  quadrant, think of it in a rectangular grid, or a
13  square grid.  And that's what they use.  What
14  you'd like to do is get the highest bit rate you
15  possibly can.  And so, you want to send as many
16  bits for each pulse that you transmit.  Okay?
17    Q. Okay.  And so then for each pulse, what?
18    A. They transmit as many as 6 bits, I think.
19    Q. And when you say 6 bits, that's six plus
20  1's or minus 1's?
21    A. Yeah.  You can think of it as six plus or
22  minus 1's.
23    Q. Or six 1's or 0's?
24    A. Yes.  The way to think about it is that

Page 33

1  there are 2 to the 6 possibilities now.
2    Q. Okay.
3    A. So there are 64 of those points in that
4  two-dimensional space.
5    Q. But those are binary bits?
6    A. Yes.  Binary bits.  But the 1, 0, or plus
7  or minus 1 is just a mapping.  I just call 0
8  minus 1.
9    Q. And how does that relate back to the
10  chips?  Does that mean that one chip can have 6
11  bits?
12    A. No.  No.
13    Q. Okay.  Then --
14    A. So what you do is you take each of those
15  bits, and you -- you spread them out.  And so,
16  it's easier to think of CDMA, especially the
17  older system, it's the easiest way to think about
18  it as just transmitting binary data.  And then
19  what you do is you spread it.  And what the
20  spreading does is it takes the pulse, and makes
21  the pulse much narrower.  The narrower pulses,
22  they're the chips.  And we call those plus or
23  minus 1.  So think of each bit being spread.
24    Q. So you're saying, then, it would be within

Merrill Corporation - Chicago
(312) 386-2000                    www.merrillcorp.com/law

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 34

1 pulse, you could have 6 chips?
   A. No, no. No, no.
   Q. Then I'm --
   A. No, no. The chips and the number of bits
per symbol are not related.
   Q. Okay. Can you explain --
   A. They're independent of each other. That's
why I said, it's easier to think about this as
just binary data being transmitted.
   Q. Okay.
   A. So I want to send a 1 or a 0 or a 1 or a
minus 1. And that's all I want to send.
   Q. Okay.
   A. And then what I do is I take that 1, that
1 pulse, it's a positive going pulse.
   Q. Uh-huh.
   A. And I multiply it by another sequence,
right, which is plus or minus 1's, and that
serves to take that one pulse and spread it in
band width, okay?
        And so what I'll see is instead of
one pulse which is just positive going, I'll see
multiple variations, and each one of those is a
width, whatever the spreading factor is I've

Page 35

divided by.
   Q. Uh-huh.
   A. And that we call a chip.
   Q. Okay. The -- and in the last sentence of
paragraph 13 you say that, "The binary chips
cancel each other out when added together." Can
you explain that?
   A. So, the -- the purpose of the spreading is
to separate users, and then unspread, right? So
if the -- if you multiply all these chips
together, you multiply the sequences together,
and then you add them up.
   Q. When you say multiply sequences
together --
   A. So you have this -- I said there is this
spreading signal.
   Q. Right.
   A. Which creates the chips, right? And so
it's a series of plus or minus 1's, which are a
series of chips.
   Q. Uh-huh.
   A. And when you multiply them together at
the -- so you take what you transmitted with --
at the receiver. Then -- and supposing they all

Page 36

line up. And when you add them up, the plus 1's
multiply with the plus 1's.
   Q. Uh-huh.
   A. And the minus 1's add with the -- multiply
with the minus 1's. And so, they give you all
1's. So you get -- it removes it.
   Q. Okay.
   A. The other feature, which is not necessary,
that's what my hesitation is here, okay, is that
in any of these sequences, they -- it's not
necessary that you have an equal number of 1's
and minus 1's. It's a desired property, but it's
not true of all possible codes.
   Q. Is that -- and what's the reasoning for
that, that you would want relatively equal
numbers of plus 1's and minus 1's?
   A. So that when you have this -- you can show
that if you have an equal number of plus and
minus 1's, if the code -- when you correlate the
code with itself, that you'll get a very --
you'll get the highest possible peak when they
line up, and you'll get the smallest possible
value when they don't line up. But like I said,
it's not required.

Page 37

   Q. Uh-huh.
   A. And here it's just the fact that the plus
1's and the minus 1's will add to 0.
   Q. Okay. In the next paragraph, you say that
a sequence of chips, this is paragraph 14 --
   A. Yes.
   Q. "A sequence of chips is often called a
symbol." Can you explain the difference between
chips and symbols?
   A. Usually, a symbol -- usually a symbol can
be -- is a more general term. So it can -- it
can apply -- it can refer to a collection of
bits. It can refer to a collection of chips. In
OFDM, it can refer to a collection of symbols.
        And so, in this -- in this case,
because we're talking about chips, we often call
a sequence of chips a symbol.
   Q. So can you give an example of what a
sequence of chips would be, for -- I guess when
would a chip be essentially the same as a symbol,
and when would there be multiple chips to be a
symbol?
   A. That's going to depend on the definition
of the particular codes, and the modulation

10 (Pages 34 to 37)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 38

1   technique that you're using.  So I could have a
2   code, I could have a code that is constructed of
3   8 chips.
4       Q.  Okay.
5       A.  So those 8 chips, I can call a code
6   symbol.  I can call them a modulation symbol, if
7   I take those chips and multiply by the -- say a
8   bit.  Or I can call -- I can refer to the code
9   word, which is a collection of these individual
10  codes, I can call that a symbol.
11      Q.  Okay.  And if a chip and a symbol were --
12  they can also essentially be the same?
13      A.  It's -- it's possible.
14      Q.  And are there -- what are the advantages
15  or disadvantages of having them be the same or
16  having multiple chips per symbol?
17      A.  The more standard is to have multiple
18  chips per symbol.  Because what you're trying to
19  do is to spread -- you're trying to spread the
20  data in frequency, in band width.
21      Q.  Uh-huh.  Do you know if CDMA uses multiple
22  chips per symbol?
23      A.  Again, it's a definition of symbol.  What
24  do you mean by symbol.  There are -- if a bit

Page 39

1   comes in, that bit is multiplied, so one bit is
2   multiplied by multiple chips, by a sequence of
3   multiple chips.  If we want to call that one
4   symbol -- okay.  We can.  But the collection of
5   bits could be called a symbol.
6       Q.  So the multiple chips could be one symbol
7   or it could -- each chip itself could be a
8   symbol?
9       A.  Each chip is -- is typically not a symbol,
10  but it could be a symbol, yes.
11      Q.  Okay.  In paragraph 15.
12      A.  15.  Yes.
13      Q.  "Cellular telephone transmitters send data
14  over the CDMA network using a sequence of chips
15  called codes"?
16      A.  Yes.
17      Q.  So, is it -- a code is a sequence of
18  chips.  Is it -- how does a code relate to
19  symbols?
20      A.  So, for example, you -- what you might do
21  is you might have -- we'll take the simplest --
22  simplest case, right.  So if I take one bit and
23  I'm going to spread it by a factor of 8, I'm
24  multiplying it by a sequence of 8 chips.  And the

Page 40

1   particular values of those chips is what we call
2   a code.  So that particular sequence is what we
3   call a code.
4       Q.  Okay.  The sequence of chips used to
5   spread the --
6       A.  Yes.  I mean we're calling it a code, but
7   it's really a code word in a collection of
8   values -- of sequences.
9       Q.  And then how does that relate to symbols?
10      A.  So, it depends again on the definition of
11  symbols.  So, symbol usually is referring to --
12  symbols can refer to a collection of bits, a
13  collection of chips, a selection of another
14  collection of symbols.  So, it depends here on
15  the parameters that are used in the design.
16      Q.  In this -- that simple case, one bit
17  spread by a factor of 8, so it's multiplied by a
18  sequence of 8 chips.
19      A.  Right.
20      Q.  The -- and you're saying that's what
21  becomes the code?
22      A.  Yes.  And we -- in that particular case,
23  the one where I said 1 bit is spread by 8, we
24  would probably call that 1 bit that's been spread

Page 41

1   the symbol, in that particular case.
2       Q.  So going back to when we talked about that
3   unique code that CDMA basically assigns to each
4   cell phone, can you extrapolate this simple case
5   to how that code would work, between the bit, the
6   chips, and the symbol?
7       A.  Depends on the code.  But let's take the
8   simple case.  So you're -- you are assigned a --
9   there are 2 to the 8 possibilities for 8 bits.
10      Q.  Right.
11      A.  8 chips.
12      Q.  I understand.
13      A.  Okay?  Now, they are not all orthogonal.
14      Q.  Uh-huh.
15      A.  So you really wouldn't -- you wouldn't do
16  it that way.  But let's suppose we choose an
17  orthogonal code.  So you're given a particular
18  8-chip sequence.  That is your code.  And I am
19  given a particular 8-chip sequence, and that's
20  mine.  Hopefully the two are orthogonal.  Okay?
21      So all of my data, let's assume it's
22  just bits, plus or minus 1's, or 1's and 0's,
23  however you wanted to look at it.  But plus or
24  minus 1's makes the math work out properly.

11 (Pages 38 to 41)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 42

1    Q. Right.
2    A. So I take my plus or minus 1's, I multiply
3  them by this chip sequence, by my code. You do
4  the same thing. Right? I would call that
5  transmission of the -- that's the chip sequence,
6  I would call that the symbol. All right?
7        And then at the receiver, at the
8  base station, the base station would correlate --
9  have two separate correlators. One for you, and
10 one for me. Assuming everything lined up
11 properly, you would get -- the base station would
12 get your data and my data.
13   Q. Uh-huh.
14   A. And in this particular case, we're
15 transmitting one bit each time.
16   Q. Okay. So, for each bit of my data, I am
17 spreading it by multiplying it by the chip
18 sequence?
19   A. Yes.
20   Q. Okay.
21   A. And -- in the simplest case of CDMA.
22   Q. Right. And that is then -- so that chip
23 sequence of 8 bits is only going to, on the
24 receiving end, be able to resolve 1 bit of the

Page 43

1  data I'm transmitting?
2    A. That's correct.
3    Q. Okay. Also in paragraph 15 you say that
4  "Codes have properties that make them easier for
5  the base station to recognize and differentiate
6  when multiple cellular telephones are
7  transmitting at the same time." Can you explain
8  what you mean by that?
9    A. So, that's what I was saying about the 8
10 bits. So 2 to the 8 possibilities, but some of
11 those, when you do this correlation at the
12 receiver, will give you a large output, even
13 though it's not the appropriate signal. It's not
14 coming from the right user.
15        You -- if you can choose these codes
16 to be orthogonal under all conditions, under all
17 impairments, that would be the best possible
18 thing you could do. And that means I can
19 separate them at the receiver. So it's important
20 how you design these codes.
21   Q. Is that something that's discussed in the
22 '559 patent?
23   A. Can you repeat that?
24   Q. I'm sorry. Is that something that is

Page 44

1  described in the '559 patent?
2    A. Something -- what? Which something are
3  you referring to? I'm --
4    Q. The ability to recognize and
5  differentiate --
6    A. Yes.
7    Q. The codes having properties that make them
8  easier for the base station to --
9    A. Yes. That's the target. At least that's
10 the motivation.
11   Q. Okay. And can you identify where in the
12 '559 patent it relates to that?
13   A. So, at the bottom of column 1, it talks
14 about -- that paragraph, the signal generated by
15 the preamble generator.
16   Q. Uh-huh.
17   A. Should be. So it has a list of things.
18   Q. Uh-huh.
19   A. Which has to do with timing, and
20 complexity, or problems when you have a carrier
21 frequency offset. And then the last allow the
22 receiver to determine which transmission is about
23 to begin -- transmitter is about to begin
24 transmission.

Page 45

1    Q. Uh-huh.
2    A. So that last one is the one that allows it
3  to separate the transmitters. And that's
4  what's -- that's what's in 15.
5    Q. Okay. And the -- to determine which
6  transmitter is about to begin transmission --
7    A. Yes.
8    Q. -- before you do that you need to send the
9  preamble sequence?
10   A. Before you do what?
11   Q. Before you actually transmit to -- it says
12 to allow the receiver to determine which
13 transmitter is about to begin transmission.
14   A. So, do you need to send the preamble
15 before somebody can start transmitting?
16   Q. Yes.
17   A. Yes.
18   Q. Okay. If a mobile station enters a cell
19 and it's not receiving a call or you're not
20 sending a text or not creating a call, is there
21 any reason for it to generate a preamble
22 sequence?
23   A. No. You said there's no -- it doesn't
24 want to transmit and it doesn't want to receive?

12 (Pages 42 to 45)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 46

1    Q. Doesn't want to receive.  Yes.
2    A. Yes.  Okay.  Make sure I'm answering the
3  correct question.
4    Q. Good.  Outside of CDMA, are there -- the
5  other types of cellular systems, do they also use
6  preamble sequences?
7    A. Yes.  Preambles, some handshaking between
8  the base station and the mobile station is
9  required, to get all of the same things.  To
10  determine who is going to transmit, when, and all
11  of the synchronization that's required.
12    Q. You had made a point before about the OFDM
13  in relation to the TDMA, CDMA, and FDMA,
14  something to the effect of that -- it was -- just
15  give me a second -- as a modulation technique.
16    A. Yes.
17    Q. So as -- I guess what was -- what was not
18  clear to me is the differences between those
19  three, the TDMA, CDMA, and FDMA, and then there's
20  a distinctive part of that system is its
21  modulation technique?
22    A. That's right.  Completely different.
23    Q. Okay.  And what --
24    A. CDMA, TDMA, and FDMA are multiple access

Page 47

1  techniques.  So they -- they are the techniques
2  that permit you to separate users.  Okay?  So
3  that's all you really want to do.  I want to
4  separate users.  I want to give you access to the
5  channel at the same time I give someone else
6  access to the channel.
7        What modulation technique I use,
8  whether it's QPSK or 64 QAM, which are the two I
9  mentioned before, or OFDM, doesn't matter.
10  Right?  That -- what you generate is you
11  basically generate -- think of them as pulses.
12  After you do all the modulation, you generate
13  pulses.
14    Q. Uh-huh.
15    A. And then those pulses are -- there's a
16  multiple access technique that's on top of that.
17  In CDMA it's a spreading.  In TDMA, it's each
18  person gets a chance.  So -- that's how it works.
19        So they are distinct.  Although
20  there is an OFDM form called OFDM-A, which is a
21  multiple access technique, and it's used -- it's
22  been proposed in the uplink for WiMax.  It hasn't
23  been adopted.
24    Q. Okay.  And at this point you had said

Page 48

1  before, also, that OFDM is primarily implemented
2  in 802.11?
3    A. Yes.
4    Q. So what is the -- in 802.11, you also have
5  essentially a multiple access system?
6    A. Right.  But the multiple access technique
7  there is -- everything is -- is packet-based and
8  there's no voice communication.  So what you do
9  in -- in that system, there's multiple versions
10  of how it works.
11    Q. Uh-huh.
12    A. But one looks very much like a base
13  station.  It's called an access point.  And the
14  access point determines who can transmit when.
15  And it basically -- there's this handshaking that
16  goes on that says you transmit and no one else is
17  allowed to.  So it looks like -- it looks like a
18  time division system.  It's not TDMA.  They're
19  not given slots, but it's -- it's one at a time.
20        And there are still multiple
21  frequency channels that can be used.  But
22  basically, access points have one frequency at a
23  time.
24    Q. So the -- with multiple frequency

Page 49

1  channels, that allows more than one to transmit
2  at the same time?
3    A. At the same time, right.
4    Q. But within each frequency channel you're
5  basically saying, you know --
6    A. Yes.  One user at a time.
7    Q. One user at a time.
8    A. Right.  The newer versions that will come
9  out in the next year or so allow for multiple
10  users.
11    Q. And what would you say are the -- the
12  biggest differences between this type of multi
13  access system in wi-fi 802.11 versus the multi
14  access in CDMA?
15        MR. HASLAM:  I'm going to object to
16  that question and instruct him not to answer.
17  He's here to testify about his declaration.
18  Anything else, he's been retained as an expert.
19  We haven't disclosed him as a testifying expert
20  on anything beyond what's in his dec -- his
21  declaration, and I'd object to any questions in
22  the line you're now going, on the grounds --
23  based on 26(a)(4) and the fact that you haven't
24  sought, nor attempted to lay any foundation of

13 (Pages 46 to 49)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 50

1  the fact that you need to get testimony from a
2  non-testifying expert on matters beyond that
3  which he's been designated to testify on.
4        MR. WEINSTEIN:  Well, I understand
5  him to be a real true expert in OFDM, which focus
6  on 802.11, and he's providing this declaration in
7  relation to CDMA, so I'd like to understand what
8  he understands is the differences between the
9  two.
10        MR. HASLAM:  Show me how the
11  differences between the two relate to the '559
12  patent and the content and the substance of his
13  declaration.  The '559 patent says it's a method
14  for generating preamble sequences with a code
15  division multiple access system.  Every claim is
16  limited to a CDMA system.
17        I don't see any reference to the
18  OFDM, or the relevance of the difference between
19  OFDM and CDMA, and particularly 802.11, to this
20  deposition.
21        MR. WEINSTEIN:  Again, my -- he's
22  providing a declaration on the '559 patent which
23  relates to CDMA.
24        MR. HASLAM:  True.

Page 51

1        MR. WEINSTEIN:  He is representing
2  himself as an expert.  But when you look at his
3  background, everything is focusing on OFDM, which
4  relates to 802.11.
5        And I'd like to understand, if he's
6  an expert in this area, what also would make him
7  an expert in CDMA, and if he is truly an expert
8  in CDMA, he would understand what the differences
9  are between the two.
10        MR. HASLAM:  I understand.  My
11  objection and instruction still stands.
12        If you want to ask him what -- and
13  you have, but if you want to pursue what makes
14  him feel he is qualified to respond to questions
15  on CDMA, you can go ahead and do it.  And
16  depending on where those answers take you, you
17  can examine him.
18        But you're taking him in an area
19  which he hasn't opined on in his declaration, and
20  that's what we're here to do.
21        MR. WEINSTEIN:  But he's talked to
22  how he --
23        MR. HASLAM:  You know what, I'm
24  just -- you can make your final statement.

Page 52

1        MR. WEINSTEIN:  Sure.
2        MR. HASLAM:  I won't state it.  But
3  I'm not changing my mind --
4        MR. WEINSTEIN:  Okay.
5        MR. HASLAM:  -- based on any
6  arguments here today.
7        MR. WEINSTEIN:  Okay.  So you're
8  still instructing him not to answer?
9        MR. HASLAM:  Yes.
10        MR. WEINSTEIN:  Okay.
11        MR. HASLAM:  But I am not
12  instructing him not to answer any questions you
13  want to ask him on why he believes he's qualified
14  to render the opinions and statements set forth
15  in his declaration related to CDMA.
16        MR. WEINSTEIN:  Okay.
17  BY MR. WEINSTEIN:
18     Q.  As an expert in 802.11, what aspects of
19  being an expert in 802.11 enable you to testify
20  as an expert to CDMA?
21     A.  So, I don't consider -- so you asked --
22  you asked the question, you're an expert in
23  802.11.  That's not -- that's not correct.
24     Q.  Okay.

Page 53

1     A.  All right?  So if I -- when I -- when I
2  advertise myself --
3     Q.  Uh-huh.
4     A.  -- I advertise myself as an expert in
5  wireless communications.
6     Q.  Okay.
7     A.  I've worked in wireless communications
8  systems for 30 years.  I have not worked on CDMA
9  systems directly.  But it doesn't mean that I
10  don't understand the basics of CDMA.  I've taught
11  courses, I've taught short courses.  I've taught
12  week-long short courses at industry locations.
13        So, I -- and the fundamental
14  principles of CDMA don't change.  Now, the
15  details that have to do with the differences
16  between 802.11 access and CDMA access are -- I
17  might not know every detail.  But it --
18  there's -- OFDM is proposed for cellular systems,
19  also.
20     Q.  Uh-huh.
21     A.  And I just happened to work for AT&T,
22  which was a TDMA company.
23     Q.  Right.  Can you -- you say you're not sure
24  what the difference is, but I mean are they

14  (Pages 50 to 53)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 54

1  profound differences?
2        MR. HASLAM:  Between 802.11 access
3  and CDMA access?
4        MR. WEINSTEIN:  Right.
5     A.  They're fundamentally different.  And the
6  reason they're fundamentally different is one
7  system is trying to make money off of this.  And
8  you can't afford to have users interfere with
9  each other.  Right?
10       So there's a fundamental difference.
11  There's a lot of safeguards.  There's a base
12  station that costs a million dollars that's
13  controlling the mobile units.  And an access
14  point, most of us have access points in our home.
15    Q.  Sure.
16    A.  Okay?  That cost about $100.  And there's
17  no money to be made.  So there's a fundamental
18  difference in the safeguards that prevent these
19  systems from interfering with each other.  If
20  you're using wi-fi -- which I guess we're all
21  using in here.
22    Q.  Yes.
23    A.  Okay.  If you interfere with each other,
24  it doesn't matter.  You're going to resend that

Page 55

1  packet.  If, on the other hand, you keep dropping
2  a call --
3     Q.  That would be annoying.
4     A.  -- you're going to -- they're going to
5  lose money.
6     Q.  It happens anyway.
7        MR. HASLAM:  Then you're on the AT&T
8  network.
9     A.  And of course, they're trying to get as
10  many users as possible on the same piece of
11  spectrum they have.  That's how you make more
12  money.
13    Q.  Okay.  Let's move on to, in paragraph 16,
14  17, and 18, you talk about point by point
15  multiplication.
16    A.  Yup.
17    Q.  In what aspects does CDMA use point by
18  point multiplication?
19    A.  In -- so, in the example that I gave
20  before, about you have an 8-chip code and I have
21  an 8-chip code.  So one way to -- let's assume
22  that we have it completely lined up, the timing
23  is not a problem.
24    Q.  Uh-huh.

Page 56

1     A.  Right?  Then what I do is I take the code
2  that I know is yours, and I multiply it by your
3  signal bit -- you know, chip by chip.  Right?
4  And if I do is I multiply it chip by chip,
5  the 1's will multiply 1's to give you a 1.  The
6  minus 1 will multiply minus 1 to give you a 1.
7  So now what happens is your bit now effectively
8  is multiplied by a 1 straight across, and your
9  bit comes back.  Right?
10       If I don't get it right, the 1's and
11  the minus 1's will not multiply properly, and I
12  will get some subtraction, and I will get a lower
13  signal.  Ideally, because our signals are
14  orthogonal, I will get a 0.  They will get a 0
15  from my signal when they're trying to detect
16  yours.
17    Q.  Right.
18    A.  And that's what the bit -- the chip by
19  chip or point by point multiplication is.
20    Q.  Okay.  And that's getting more onto the
21  following paragraphs, when you're talking about
22  correlation and orthogonal --
23    A.  Yeah.  It's the same example.
24    Q.  All right.  So we can just move on to, in

Page 57

1  paragraph 19 --
2     A.  Uh-huh.
3     Q.  -- you say, "A base station can determine
4  whether it has received a code from a cell phone
5  by multiplying a received sequence by that code
6  and calculating the sum of the resulting chips."
7        Before we get into explaining that,
8  when you say "that code," what is that in
9  reference to?
10    A.  So, in the -- that -- "that code" refers
11  to the code that's in the line before it.
12    Q.  So it's received a code from a cell phone,
13  and --
14    A.  Right.
15    Q.  -- the mobile station is -- the base
16  station is using that same code?
17    A.  Yes.
18    Q.  Okay.  And how does the -- can you
19  explain, how did the cell phone know to use that
20  code in the first place?
21    A.  So, somehow this signal has been set up
22  ahead of time.  That's one way you can do this.
23  Another way is that this is what's happening
24  after the preamble has already set up, made this

15  (Pages 54 to 57)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 58

1   connection.  Right?  So, for example, in the base
2   station, like I said, there's this handshaking
3   that goes on ahead of time.  You are assigned the
4   code.
5           In a -- it doesn't work this way, but you
6   the real system doesn't work this way, but you
7   could be assigned a code permanently, right, so
8   your phone could have one -- much like you have a
9   serial number, that is your code.  And the
10  base -- all the base -- there's a big huge table,
11  much like telephone numbers.  There's a big huge
12  table that would have this code in it.  That's
13  the simplest way.  There's no -- there's no
14  handshaking required.
15      Q.  That would be very intensive in trying to
16  correlate, then, if you --
17      A.  Yeah.  It could be.  Right.  Right.
18      Q.  If you have --
19      A.  Depends how many you need, how many --
20      Q.  Right.
21      A.  It's not done that way, right?
22      Q.  Yeah.
23      A.  So you know if you're in a particular base
24  station, they give you the code that applies to

Page 59

1   that base station, and that's what the
2   handshaking which -- in CDMA, you need to be --
3   sync up fairly well, especially in the -- in the
4   uplink, because there's some -- and the downlink,
5   it's always synced up, but in the uplink it's
6   very important.
7       Q.  Uh-huh.
8       A.  And so, you try to sync it up the best you
9   can.  So once you -- once you have that code,
10  then the cell -- the base station is using that
11  same code to determine that it's you.
12      Q.  Okay.
13      A.  And that's the example, essentially the
14  example that's in 17 and 18.
15      Q.  Okay.  So, in general, then, the base
16  station, whether before the preamble or after, is
17  going to send something -- some information to
18  the mobile station saying use this particular
19  code, or pick from one of these codes?
20      A.  Yes.  Usually in the preamble.
21      Q.  In the preamble?
22      A.  Right.  This is --
23      Q.  So before the --
24      A.  This is somehow -- so what will happen is

Page 60

1   the -- somehow, this code is set up, and -- and
2   once that code is set up, it could be, like I
3   said, you have the big table which we said is
4   impractical, or when your phone first turns on,
5   that code is sent to your -- to your phone.
6   There's multiple ways, and I do not know the way
7   that it's done in the system that is -- as
8   currently deployed.
9       Q.  It --
10      A.  But they all have the same end goal.
11      Q.  Is that explained in -- in the 25.213
12  standard, or do you know?
13      A.  What is --
14      Q.  The -- the 3GPP.
15      A.  No.  What are you saying is --
16      Q.  The --
17      A.  We referred to a lot of things here.
18      Q.  The manner in which the codes that are
19  used by the mobile station to communicate with
20  the base station.
21      A.  I don't remember.
22      Q.  Okay.  The next line, if the chap --
23  sorry.  "If the chips add up to a large positive
24  or negative number, then the base station knows

Page 61

1   that the transmitter used that code."
2       A.  Yes.
3       Q.  All right.  Explain what that means.
4       A.  So you do the correlation.  Let's say it's
5   point by point.
6       Q.  Okay.  Explain -- before we -- what do you
7   mean by correlation, then?
8       A.  So, okay.  So let's suppose that the
9   signal comes in, and what we'd like to do is to
10  see how alike this received code is with the code
11  that I expect from other transmitters.  The base
12  station expects.
13          So, what it does, this process of
14  trying to find how alike they are is called
15  correlation.
16      Q.  Uh-huh.
17      A.  Right?  And so, if they're very alike,
18  they're very correlated.  Ideally, the
19  correlation is 1.  It's perfect.
20      Q.  Uh-huh.
21      A.  And if we're lucky, they're -- the ones
22  that are not from the desired transmitter are
23  very much unalike, so they're 0.  The correlation
24  is 0.

16  (Pages 58 to 61)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.   July 13, 2011

Page 62

1    And so, what you do is you take
2 the -- the signal that's coming in, assume that
3 it's synced up in time, and you multiply it point
4 by point with, let's say, code number -- user
5 number 1, and code for user number 2. Let's say
6 you only think there are two users in here.
7    Q. Uh-huh.
8    A. And in code number 1, if they all line up,
9 you'll get this 1 value out, positive 1. And
10 that will mean that it's -- it's from transmitter
11 1. Right?
12    Hopefully, if they're orthogonal
13 codes and they're all lined up, what you get from
14 code number 2, when you correlate it with code
15 number 1, is 0. And that means it's coming from
16 code 1.
17    If you correlate it with code 2,
18 then -- and code 2 is transmitting, you should
19 get a 1 for code 2 and a 0 when you correlate it
20 with code 1.
21    Q. And when you say 1 versus 0, that's doing
22 the point by point multiplication and then adding
23 the terms, or --
24    A. Yes. Point by point, and then add them.

Page 63

1 That's what correlation is. It's a -- I guess
2 some people call it inner product, but it's the
3 sum of C1 times C2.
4    Q. Okay. And that's just what the last line
5 says, this process of multiplying and adding the
6 resulting chips is called correlation?
7    A. Right.
8    Q. And you said that's sometimes called the
9 inner product?
10    A. Yes.
11    Q. Okay. And then it's -- it's perfectly
12 correlated if, when you -- you do the dot
13 product -- every single product before you do the
14 summation is a 1?
15    A. Yeah. It doesn't have to be 1. I mean
16 you can -- it depends on how you're designing
17 this, right? But it would be the sum of the
18 chips.
19    Q. Right. Right.
20    A. Normally what you would like to do is you
21 normalize it, because you don't like big numbers.
22 So you normalize that to 1 by dividing by the
23 number of chips.
24    Q. Uh-huh. So, but it -- let me put it

Page 64

1 differently. If the number of chips is 100,
2 then -- and you did the -- the correlation --
3    A. Right. It was perfect.
4    Q. Then perfect correlation would give you a
5 value of 100?
6    A. Yes. In this way.
7    Q. Right.
8    A. We were doing the correlation here.
9    Q. You also made a comment before about
10 synchronized. Can you explain why -- why that's
11 important, or how that helps to improve
12 correlation?
13    A. Oh. There are certain codes that -- you
14 would like orthogonal codes.
15    Q. Right.
16    A. That would be the best you can possibly
17 hope for. And the problem is, the signal is
18 coming from different distances to the base
19 station.
20    Q. Right.
21    A. So they arrive at different times. And
22 many codes, many particular codes are orthogonal,
23 but if they're off in time a little bit, if the
24 time is -- is not exactly in sync, then the

Page 65

1 correlation will be high between code 1 and code
2 2. Even though they are supposedly orthogonal.
3 They are orthogonal, but only if they're
4 perfectly lined up.
5    Q. And when --
6    A. So chip 1 is chip 1. Chip 2 is chip 2.
7    Q. Right.
8    A. Okay? If chip 1 and chip 2 are being
9 multiplied together, that code might have a large
10 correlation. So we call that the cross
11 correlation.
12    Q. The cross correlation is when there's a
13 misalignment?
14    A. No. The cross correlation is when you
15 have multiple codes for different users and you
16 correlate them. Auto correlation is when code 1
17 is being correlated with itself --
18    Q. Right.
19    A. -- over different time delays.
20    Q. Okay. And the problem is that if -- when
21 they're aligned, you can get -- they can be
22 perfectly orthogonal --
23    A. Yes.
24    Q. But when they're misaligned --

17 (Pages 62 to 65)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 66

1    A. They can be badly not orthogonal.
2    Q. Okay.  So, in paragraph 20 we talk about
3  the perfect correlation, and then the 0
4  correlation in paragraph 21, that's, again, to
5  give the example, if I have a code of 100 chips,
6  and I do the correlation and my sum is 0, that
7  would be a 0 correlation?
8    A. Yes.
9    Q. So what if I do this correlation and I --
10  and I have 100 chips in the code, and I don't get
11  100, and I don't get 0.  How do I know if it's
12  orthogonal or not?
13    A. You're -- okay.  Let's back up a little
14  bit, because I don't understand your question.
15    Q. If --
16    A. Orthogonal means 0 correlation.
17    Q. Right.
18    A. So you can't use the word orthogonal
19  unless it's 0 correlation.
20    Q. Okay.  Let me ask it differently, then.
21  How do I know -- I assume the base station
22  doesn't always get this perfect synchronization.
23    A. That's right.
24    Q. And if it doesn't get the perfect

Page 67

1  synchronization, it's not -- and it does this
2  correlation, it's not always going to get a
3  number that matches the number of chips or a 0?
4    A. That's correct.
5    Q. So how does it decide whether or not it's
6  intended for that base station?
7    A. It draws a line, and if you're above the
8  line, it says yes.
9    Q. A threshold?
10    A. If it's below the line it says no.
11  It's -- so for example, if I'm sending a 1 or a
12  0, a plus 1 or a minus 1, okay, what I do is I
13  simply -- this is how a detector actually works.
14  I simply draw a line at 0.  If I'm above 0, I say
15  it's a plus 1.  If I'm below 0, I say it's a
16  minus 1.
17    Sometimes there's noise, and there's
18  enough noise that it makes a plus 1 look like
19  it's below 0.  So you make an error.
20    Q. Uh-huh.
21    A. The same thing occurs here.  Right?  So
22  what they -- what you'd like to do is you'd like
23  to do some processing that gives you the best
24  chance of making a correct decision.  But it's a

Page 68

1  statistical thing.  This is digital
2  communications.  It's not always perfect.
3    Q. Okay.  So you do some processing.  Does
4  that -- does that mean in general that the longer
5  the code, the more likely I'm going to accurately
6  make that determination?
7    A. The longer the code the more accurately --
8  it depends on the impairment.  So it --
9    Q. So it's --
10    A. -- it depends on what's causing the
11  problem.  If what's causing the problem is the
12  delay between the different transmitters to the
13  base stations, so the time at which they're
14  arriving, if that is the biggest problem, you can
15  solve that by using a very long code.
16    Q. And how does it do that?
17    A. The very long code?
18    Q. Yes.
19    A. So -- without writing equations, but when
20  you look at the -- the shifts in time, the
21  off -- the peaks are -- are big.  We just said it
22  could be 100.
23    Q. Right.
24    A. But the real question is what happens

Page 69

1  off -- when they're misaligned.
2    Q. Right.
3    A. Right?  So if it's 100 when they're
4  aligned, right, and what is it when they're
5  misaligned?  So if, when they're misaligned, it's
6  85, we're in big trouble, right?  Because I can't
7  tell the difference.  Right?
8    Q. Uh-huh.
9    A. But if I make it so that the code is
10  really long, okay, so not one of these codes like
11  Hadamard codes, but a really, really long code,
12  and everybody uses this long code, this
13  off-alignment value is -- is one over the length
14  of the code.
15    So the bigger I make the code, the
16  smaller that interference term becomes.  Right?
17  So, you know, and that's what's -- that's why a
18  long code can help with the delay.  You just make
19  it -- you -- that number's really small, and by
20  making the code really long, all the delays will
21  come in within the length of the code.
22    Q. So --
23    A. So --
24    Q. So the delay becomes just a smaller and

18 (Pages 66 to 69)

Leonard Cimini, Ph.D.    July 13, 2011

Page 70

1  smaller part of the whole code?
2     A. Yes.
3     Q. Thanks.
4        MR. WEINSTEIN: Yeah.
5        THE VIDEOGRAPHER: Going off the
6  record at approximately 12:17 p.m.
7        (Brief recess held)
8        THE VIDEOGRAPHER: We're back on the
9  record at 12:31 p.m.
10 BY MR. WEINSTEIN:
11    Q. Okay. Let's turn to paragraph 23, on page
12 5 of your declaration. And in the beginning, you
13 talk about an example of two codes, codes 1 and
14 2, and those having the values that were given to
15 it in paragraph 17. And it says that when they
16 are simultaneously transmitted, the resulting
17 signal is the sum of code 1 and code 2. Can you
18 explain what you mean by the sum of them? Why
19 it's the sum?
20    A. I mean think about what happens when
21 you -- when two users transmit at the same time.
22 Their signal adds in the air, essentially. Okay?
23        So what -- I think what we're
24 saying -- and all this is saying, right, is that

Page 72

1     Q. Uh-huh.
2     A. At least that's what this is saying. But
3  I think there's a -- I think there's a line
4  that's missing.
5     Q. If that line were magically to appear,
6  what would it have said?
7     A. It would go right after 2, 0, 2, 0, right,
8  and it should have the sum of the combined
9  signals, or -- see, what I want -- what we want
10 to do is we want to correlate the combined signal
11 with code 1 and code 2. Right? So think of it
12 as a one -- a point for point multiplication.
13    Q. Uh-huh.
14    A. So if I take 2, 0, 2, 0, and I multiply it
15 by code number 1, you know, what do I get? I get
16 1 minus 1, 1 minus 1, right? Times 2, 0, 2, 0.
17    Q. Right. And when you add it together --
18    A. Right. And when you add it together you
19 get a big number. So what -- in the two separate
20 paths, because you would multiply by two separate
21 codes, what you're going to get is this big
22 correlation for both of them. So you are able to
23 separate them.
24    Q. Uh-huh.

Page 71

1  if you take -- if A transmits code 1 and B
2  transmits code 2 at the same time, then in the
3  air they're going to add. And at the base
4  station, what you receive is the sum of these
5  two. Okay?
6     Q. Okay.
7     A. But I'm not -- I'm not sure -- I'm trying
8  to remember exactly what it meant here, so you
9  got to give me a second.
10    Q. Sure.
11    A. Okay. So I'm -- I'm a little confused as
12 to what it meant, what I meant here. Because of
13 the next line.
14    Q. "And correlates the same combined signal
15 of code 2"? That line?
16    A. Yeah. So maybe I can --
17    Q. If you want to take a minute, that's fine.
18    A. No, that's okay. Let me -- yeah. Let me
19 just go back and review. So code 1 is 1, 1, 1,
20 1, and code 2 -- no. 1 minus 1, 1 minus 1. And
21 code 2 is 1, 1, 1, 1.
22    Q. Right.
23    A. So then what we're doing is we're saying
24 these two codes sort of add in the air.

Page 73

1     A. That's what it would come down to.
2     Q. Okay. And so --
3     A. This has to do -- this 23 refers to 22,
4  right? Where you're saying you're sending them
5  at the same time.
6     Q. Right.
7     A. And to show how you don't -- you're able
8  to separate, or at least you're able to know that
9  they're both there. But that one shouldn't say
10 the sum of the combined signal. It -- it -- it's
11 okay to say combined signal, but there's no
12 correlation, right?
13    Q. What -- I'm sorry. I don't understand
14 what you mean by that.
15    A. So after 2, 0, 2, 0 in brackets in 23,
16 there's a line that looks like it's missing,
17 which says that the base station correlates with
18 code 1, and gets the 4, just like the next line,
19 the base station correlates the same combined
20 signal with code 2.
21    Q. I see.
22    A. Which also yields. There could be a line
23 just like that, instead of the sum of the
24 combined is 2, 0, 2, 0.

19 (Pages 70 to 73)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 74

1    Q.  That's why it says this also yields?
2    A.  Yes.
3    Q.  Okay.
4    A.  I don't know what happened there.  Okay.
5    Q.  And I know this is an incredibly
6  simplified example, but this tells you that it's
7  correlated, and therefore, the signal from each
8  cell phone, A and B, was intended for this
9  particular base station.
10    A.  Right.
11    Q.  So it's not -- it's discovered now that
12  it's intended for it.  How does it actually
13  resolve the original, or the data that's being
14  transmitted from that?
15    A.  Well, you know, the code is -- this is
16  just looking at the correlation, to say, yes, I
17  have signal.
18    Q.  Uh-huh.
19    A.  From this one.
20    Q.  Right.
21    A.  Right?  But then it needs to -- the codes
22  are specific.  So remember when I said you used
23  that code to actually un -- despread the signal.
24    Q.  Right.

Page 75

1    A.  That's what -- in the despreading, you
2  would get just the individual bits that were left
3  for code 1.  And then the same thing with code 2.
4  All you're doing here is in the very -- in the
5  process of synchronization, there are multiple
6  things you need to do.  Is there any signal out
7  there that's trying to get to the base station.
8    Q.  Uh-huh.
9    A.  When does it start, and then what is that
10  information.  So this is just saying that yes, I
11  have some signal.  This is just an example,
12  showing that yes, I have signal from -- I guess
13  telephone A and telephone B.
14    Q.  Okay.  And the next line is "Each time the
15  base station comes up with a positive
16  correlation, it has confirmed that it has
17  received a transmission from a single cellular
18  telephone."
19    A.  Right.  So is, in -- in the output, right,
20  it correlated with a code 1.  So think of that as
21  you know this path in the circuitry.
22    Q.  Right.
23    A.  It came out with a big number.  It says
24  okay, I have something from mobile A.  It gets

Page 76

1  another one here, a big number, says yes, I have
2  something from number -- from mobile B, and
3  that's what this means.
4          Now it doesn't necessarily have to
5  be a positive.  It can be a negative, depending
6  on how the code's constructed.  But it would have
7  to be a big number, compared to 0, in this
8  application.  In this example, I'm sorry.
9    Q.  So when you say positive correlation,
10  you're -- this goes back to that -- that
11  threshold argument?
12    A.  No, not necessarily.
13    Q.  No?
14    A.  This just means that when -- the words
15  positive correlation here simply mean that when
16  it's -- when we do this correlation, we get a
17  positive, a big positive number.  You know, in
18  reality, there's noise added to this, so these
19  numbers can be bigger or smaller.
20    Q.  Uh-huh.
21    A.  Or it can even drop below 0.  Okay.
22    Q.  And when you say get -- gets a big
23  positive, that's an indication that the signal is
24  intended for that particular base station?

Page 77

1    A.  Yes.
2    Q.  And the evaluation of what makes it a big
3  positive, that -- that does not relate to the
4  threshold?  I mean how -- how do you decide
5  the --
6    A.  That would relate to the threshold.  In
7  this particular case there's no noise.
8    Q.  Right.
9    A.  So 0 is the threshold.  And as long as
10  it's positive -- but 4 is the biggest number you
11  could get here, also.
12    Q.  Right.
13    A.  So this is all perfect.  Everything came
14  out perfectly.  If -- if the threshold --
15    Q.  So it's perfectly synchronized and no
16  noise?
17    A.  This is assuming everything is perfect.
18    Q.  So even if it was -- if everything is
19  perfect, even if you had 100 chips, if you got a
20  value of 1, that would still be an indication
21  that it was intended for that base station?
22    A.  In this particular case, yeah.
23    Q.  Yes.  In that idealized perfect situation.
24    A.  Right.  But the problem is that if

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.   July 13, 2011

Page 78

1 they're -- in order to get a 1 you have to have a
2 process that's going to create only a 1 rather
3 than the 0 -- the 100. And that would mean that
4 it's either not synchronized, or there's some
5 other impairment. We're assuming no impairments
6 here.
7     Q. Right.
8     A. So your -- your question only applies to
9 the case that this doesn't apply to.
10     Q. Okay. So 24, then, gets into the -- the
11 complicating factors?
12     A. Only the -- the misalignment.
13     Q. Right. Can you just explain generally
14 what you mean by misalignment.
15     A. So that's, again, for example --
16     Q. Okay.
17     A. -- the signals are coming from different
18 distances to the base station. And because
19 they're coming at different distances, they
20 arrive at different times. And so, they are not
21 perfectly time aligned.
22     Q. Uh-huh.
23     A. They're not synchronized. And that's what
24 I mean by misaligned.

Page 79

1     Q. Okay. And then you give an example of
2 orthogonal codes that are -- they're only
3 orthogonal if they're aligned perfectly.
4     A. Yes.
5     Q. So that means if you have to deal with
6 misalignment, you cannot use those codes?
7     A. I don't know how to answer exactly that
8 question. Your question was can you use these
9 codes if they're misaligned.
10     Q. Well, I know physically you can use them.
11 I guess maybe what is the reason why you don't
12 use them?
13     A. Okay. So that's -- that's better. So,
14 for example, orthogonal -- Hadamard codes are --
15 have very poor cross correlation properties when
16 they're not aligned. So they all need to be
17 lined up, and then they're perfectly orthogonal
18 and they're wonderful codes.
19     Q. Uh-huh.
20     A. So they're used in the -- for example, in
21 the 2G cellular, CDMA, but only in the downlink.
22 Because the base station sends every one of those
23 messages, they all arrive at exactly the same
24 time, so they're all perfectly aligned. They're

Page 80

1 not used in the uplink, because it's almost
2 impossible to get them to be perfectly aligned.
3     Q. Uh-huh.
4     A. Right. And so, that's an example of when
5 this wouldn't work. But it's -- it's all --
6 almost always related to the -- the distance
7 delay, because that's the bigger number, usually.
8     Q. Okay. And then paragraph 25 gets into the
9 types of codes that can be used when you have
10 misalignment issues?
11     A. Yes.
12     Q. And can you explain -- well, I guess two
13 things: What does it mean to have imperfect
14 orthogonality?
15     A. So if I just take a code, any code, and we
16 can go back to our example of the 8 chips. So we
17 have 2 to the 8 possibilities. Some of those
18 codes would be not orthogonal to other codes in
19 that set. All right? So if you were to do this
20 correlation, you wouldn't get 0 for any two
21 codes, you would get some possibly significant
22 number. Okay?
23         So, what you do is when it's
24 misaligned, it's -- you can't use the orthogonal

Page 81

1 codes, say like the Hadamard codes, so you need
2 to use something else. So you tend to use some
3 other pseudorandom kind of code to -- to serve
4 this purpose.
5     Q. Okay. And how does it --
6     A. But they are not perfectly orthogonal.
7 They don't give 0 correlation -- 0 cross
8 correlation. That's what not perfectly
9 orthogonal means.
10     Q. Okay. So, how -- how, then, can you --
11 well, two questions: It's not giving you the
12 answer about whether there's a perfect
13 orthogonality or zero orthogonality, so there's
14 an imperfect orthogonality, but how does it --
15 how do these codes that have imperfect
16 orthogonality address the misalignment issue?
17 How does it -- you can't -- if you use Hadamard
18 codes because of their poor cross correlation,
19 you don't want to use that when there's
20 misalignment. Instead you use these imperfect
21 orthogonal codes, generally from a pseudorandom
22 code. How does it overcome this misalignment
23 problem?
24     A. Okay. So the pseudo -- the orthogonal

Leonard Cimini, Ph.D.    July 13, 2011

Page 82

1    codes are such that if you are misaligned, it's
2    the structure of the code, essentially, that if
3    they're misaligned, the cross correlation could
4    be very large.
5        Q.  Right.
6        A.  A standard pseudorandom sequence has the
7    property that the -- sometimes the cross
8    correlation could be good, sometimes the cross
9    correlation could be bad.  Let's take as an
10   example a code that has 24 chips.  Actually, I
11   shouldn't say 24, because I don't know what that
12   is.  Let's make it 20 chips.
13       Q.  Okay.
14       A.  So 2 to the 20 is 1 -- roughly 1 million.
15       Q.  Right.
16       A.  So there are 1 million possible sequences.
17   So, you don't need 1 million sequences in a cell.
18       Q.  Uh-huh.
19       A.  And what you know is that some of those
20   codes have really good cross correlation
21   properties.  Out of that million, there might be
22   50 of them that when I correlate them, even when
23   I shift it, I get pretty decent properties,
24   right?

Page 83

1            That's the motivation for using
2    other codes that are not orthogonal, is that I
3    can have this large set, and I choose those out
4    of that set that have good cross correlation
5    properties.
6            There's a -- there are theoretical
7    ways of bounding how much cross correlation you
8    have, when you have a -- an offset.  A time
9    offset.
10       Q.  And this then gets more specifically into
11   the idea of a threshold?  That it's --
12       A.  Yes.  But it -- you know, in digital
13   communications in general there's a threshold.
14       Q.  Right.
15       A.  There's an optimum threshold.
16       Q.  Right.
17       A.  And you determine what that is, and that's
18   how you design your system.
19       Q.  And this type of threshold, is it
20   generally just a -- you know, say for example in
21   a CDMA system, is it going to be just a draw the
22   line, if it's below this number, we're going to
23   say it's not correlated, if it's above this
24   number it is correlated?

Page 84

1        A.  Yes.  Assuming we're -- we're transmitting
2    these 1 -- plus or minus 1.
3        Q.  Right.
4        A.  You know, binary bits and things.
5        Q.  Right.  I guess my question goes to it's
6    not set up where if it's below a certain
7    threshold, then we say it's not correlated.  If
8    it's above some higher threshold, it is
9    correlated.  If it's somewhere in between, we
10   don't know.
11       A.  Okay.  So there are some systems, depends
12   on what you do.  I don't believe that this is the
13   way the second generation CDMA system would have
14   worked, works.  I believe it's just a threshold,
15   a simple threshold.  But in -- in other systems,
16   sometime there's a gray area, and that gray area
17   is the width of -- you know, how big it is.
18       Q.  Uh-huh.
19       A.  You know, depends on what you're trying to
20   achieve.  Because you can always send, for
21   example, you can always send this information
22   again.  And that would make it more certain the
23   second time.
24       Q.  Okay.  Can you explain what a Gold code

Page 85

1    is.
2        A.  A Gold code is -- a Gold code is just
3    another kind of a -- of a spreading code, or
4    pseudorandom code.  And it's generated by using
5    two real, true pseudorandom sequences, what are
6    called maximal length sequences.  You pick two of
7    those.  There's a process, which I don't know
8    enough details to -- to give you those, that
9    generates the Gold sequences.
10           What I do know is the Gold sequences
11   have -- the Gold codes have a bound on this cross
12   correlation.  So that's what makes them good.
13   And it's called -- it -- it satisfies what's
14   called the Welsh bound.  And that's this cross
15   correlation.  But it doesn't use all of the --
16   you don't use all of the codes that are possible.
17       Q.  How do you end up selecting which ones?
18       A.  Somehow you -- I don't know exactly, all
19   right, the details.
20       Q.  Uh-huh.
21       A.  But you choose those, I think, you choose
22   those that give the low cross correlation.  And
23   there's a procedure for doing that.  These were
24   invented 40 years ago or so, so -- more than 40

22  (Pages 82 to 85)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 86

1    probably.
2        Q. Probably had no idea how it would be used.
3    Interesting.
4        A. Well, spread spectrum was a very
5    well-known technique in the military. Before it
6    became commercial.
7        Q. How -- how long can a Gold code be?
8        A. Any length.
9        Q. Any length. So millions? Many millions?
10       A. Could be.
11       Q. And it is correct to say it would
12   be -- the length of the Gold code is measured in
13   chips?
14       A. Yes. Assuming we're using it to spread
15   the -- the initial pulse.
16       Q. Okay. So even if I'm -- if I'm using a
17   Gold code to, as the code that I've assigned to
18   two different mobile stations, and they are
19   using, say, different Gold codes, or they're
20   using different parts of the same Gold code --
21       A. Uh-huh.
22       Q. -- when the -- even if they're not
23   synchronized, the base station can receive them.
24   Does it -- it knows what segment of the code, or

Page 87

1    it knows which Gold code each one is using, it
2    does the correlation, and then when it receives
3    the one that's been assigned to mobile station 1,
4    it does a correlation, it's going to give some
5    relatively high value?
6        A. That's the -- that's the concept.
7        Q. Right. And it gives a value that would
8    exceed its threshold?
9        A. Right.
10       Q. But when it -- if you then applied it
11   also -- if you applied that same code to the
12   signal received from mobile station 2, it would
13   give you a relatively low value?
14       A. That's the hope, yes. So the hope is that
15   you design this -- you've chosen your Gold codes
16   such that you achieve the cross correlation that
17   you want.
18       Q. Okay. On the top of page 6, still in
19   paragraph 25, you say, "Consequently, the
20   transmissions from different handsets using Gold
21   codes would cause some small amount of
22   interference" --
23       A. Right.
24       Q. -- "to each other." What do you mean by

Page 88

1    the small amount of interference?
2        A. That's that cross correlation that I was
3    talk about.
4        Q. Okay. Let's move on to paragraph 26.
5        A. Uh-huh.
6        Q. "The '559 patent purports to describe the
7    generation of the preamble that can be detected
8    by the base station and can separate each
9    cellular telephone's transmission so that each
10   cellular telephone is uniquely identified."
11           In the last sentence you say,
12   "Generally speaking, the first of the two codes,
13   called the outer code, is used to perform signal
14   separation, and the second, called the inner
15   code, is used to uniquely identify the handset."
16           First, with respect to the outer
17   code, what do you mean that it's used to perform
18   signal separation?
19       A. That's to determine which base station --
20   you know, which base station you're talking to.
21       Q. So this is -- when you mean signal
22   separation, you mean that the base station knows
23   it's supposed to receive it or it's --
24       A. No. This doesn't have anything to do with

Page 89

1    whether it's supposed to receive it or not. It
2    just has a code that's -- that identifies the --
3    that particular base station. So it knows it's
4    for -- you're a base station.
5        Q. Right.
6        A. You know this is for you, as opposed to
7    for another base station.
8        Q. Right. That's what I intended to say, is
9    that --
10       A. Oh, okay.
11       Q. So the base station knows when it's
12   receiving a signal from a mobile station --
13       A. That's for itself.
14       Q. -- it knows it's for the base station?
15       A. Yes. Yes.
16       Q. To put it again, so to tell the base
17   station that the signal is indeed intended for
18   it?
19       A. Okay.
20       Q. Okay. And the inner code to uniquely
21   identify, what's the -- can you explain that?
22       A. Each mobile station then would have its
23   own -- each mobile station within that base
24   station's cell area would have its own

23  (Pages 86 to 89)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 90

1  identifying code.
2      Q. And in choosing that code, is that based
3  on information it receives from the base station?
4  The inner code.
5      A. The inner code is chosen based on -- this
6  again gets back to that other question we talked
7  about. Is the -- the other issue. Are these
8  codes assigned in some way to mobile stations, or
9  are they given to the mobile stations when they
10  make this handshaking.
11      Q. Right. And that's just something you're
12  not sure about?
13      A. Something I'm not sure about.
14      Q. Okay. So, I know you're unsure, but
15  it's -- we were saying it's possible, then, that
16  the base station sends information to tell a
17  mobile station use this particular outer code, or
18  one of these particular outer codes, and then
19  also use one of these particular inner codes?
20      A. So wait. That's different from the
21  question you just asked me a minute ago. A
22  minute ago you asked about the inner code.
23      Q. Yes.
24      A. Right. So the inner code is specific for

Page 91

1  each mobile.
2      Q. Right.
3      A. So in that case, somehow the mobile must
4  know what its code is. So, it either is embedded
5  in the mobile unit itself, or it's sent by the
6  base station.
7          The outer code is something
8  different. The outer code is something which is
9  common to everybody in the cell. So the base
10  station, you know, is -- is broadcasting this all
11  the time, for example.
12      Q. Uh-huh.
13      A. And everybody's just listening to what it
14  is, and then it feeds it back if it hears it.
15  Right? It's -- it's like an identifier --
16      Q. Right.
17      A. -- of that base station.
18      Q. And when you say common, that means that
19  every mobile station in that cell is going to use
20  the exact same sequence of chips?
21      A. For the outer code.
22      Q. Yes.
23      A. Yes.
24      Q. Okay. And this -- going to paragraph 27

Page 92

1  on the first line, "The outer code is described
2  as known to the base station, and is shared by
3  all transmitters." So, are you saying the same
4  thing, that shared by all transmitters means that
5  they're using a common outer code, and it's the
6  same sequence of chips?
7      A. Yes. That's what it says in the -- that's
8  what it says in the patent.
9      Q. And it says this is --
10      A. This is 3:45. It says the outer code is
11  preferably common for all transmitters.
12      Q. Okay. And preferably common means it
13  needs to be common?
14      A. No. I understand what preferably means.
15      Q. What?
16      A. I understand what preferably means. But
17  in order for -- in order for all of the benefits
18  to be achieved, such as simplicity, and -- and
19  complexity, you would want this to be common for
20  all of the -- so it's preferably here, but in --
21  in a non-patent sense, it's also what you would
22  prefer; that it be common to all the
23  transmitters.
24      Q. Be common to all the transmitters. Okay.

Page 93

1  Are there problems in distinguishing mobile
2  stations? If they all use the same outer code,
3  do you end up having any problems in trying to
4  distinguish outer stations from each other?
5      A. Wait. You said outer stations.
6      Q. Let me -- let me back up. Let me rephrase
7  that.
8      A. No. It's just the word you used. You
9  said distinguish outer stations from each other.
10  You meant mobile?
11      Q. I'm sorry -- mobile stations, yeah.
12      A. So, the outer code is used to -- to
13  determine which base station, right --
14      Q. Uh-huh.
15      A. -- you're communicating with. But the
16  mobile stations then are going to have their own
17  code that distinguishes them from other mobile
18  users.
19      Q. Right. Let me bring up a different point.
20  Can you explain to me what a collision is, in --
21  in a cellular system.
22      A. So you mean a packet-based system then?
23  Or you mean just a random access system? Which
24  part of it are you talking about? So there's the

24  (Pages 90 to 93)

Leonard Cimini, Ph.D.    July 13, 2011

Page 94

1  part where you send data.
2      Q. Right.
3      A. In a cellular system. And there's a part
4  where you're trying to get access to the system.
5  So you're talking about the access part?
6      Q. Yes.
7      A. Okay. So in the access part, if you
8  transmit the same time I transmit -- sorry. If
9  you transmit the same time that I transmit --
10     Q. Right.
11     A. -- right, and let's say we're both exactly
12 the same distance from the base station. Our
13 signals are going to reach the base station at
14 the same time on the same frequency. And those
15 two signals will pretty much obliterate each
16 other. Let's assume --
17     Q. Uh-huh.
18     A. -- that's true, okay? So that's why we
19 put a code on top of them, where we separate them
20 in time, or we separate them in frequency, to
21 avoid these collisions. Now we typically don't
22 talk about collisions on the data transmission.
23     Q. Right.
24     A. Because it's only on the access part.

Page 95

1      Q. And on the data part, it's because you've
2  now set up maybe a different --
3      A. You've already set it up where there
4  should be no collisions.
5      Q. Right. Because --
6      A. It can still happen, but it should not.
7      Q. But in general, at that point you can set
8  up something to make it more clearly unique
9  between --
10     A. That's correct.
11     Q. -- mobile stations? So, if -- if there's
12 a closed -- and this is going to bring in the
13 inner codes. If there's a closed set of inner
14 codes that are available to the mobile stations
15 that they can use, and the particular inner code
16 that's used is chosen randomly, among whatever
17 closed set is available, if I'm using the same
18 outer code and I have this closed set of inner
19 codes and I'm using one of them, there's this
20 chance that I'm going to use the -- that two
21 mobile stations will use the same outer code and
22 the same inner code?
23     A. That's -- that can happen.
24     Q. Okay. And if that happens --

Page 96

1      A. Under your conditions.
2      Q. Yes.
3      A. Where they've chosen randomly.
4      Q. Yes.
5      A. Yes.
6      Q. So it can happen where they have the same
7  outer -- well, according to this they all share
8  the same outer code, so they all have the same
9  outer code. But it's possible that they will
10 randomly choose the same inner code?
11     A. Yes. That's possible.
12     Q. And if that's the case, then when -- if
13 both mobile stations were to transmit at the same
14 time at the same distance, then you would get a
15 collision?
16     A. That's correct.
17     Q. So if I was to increase the number of
18 outer codes --
19     A. Wait, wait.
20     Q. So instead of having a common outer code
21 for all of them, I was to, say, instead have two
22 or five or 50 outer codes that were available for
23 my mobile station -- or for my base station, if
24 that's the case, then I am -- by increasing the

Page 97

1  number of outer codes, I am decreasing the chance
2  of a collision. Is that correct?
3      A. You are. But you're increasing the
4  complexity.
5      Q. Sure. Sure. But if I decrease the
6  chances of collisions, it also has a benefit,
7  yes?
8      A. But you can -- you can fix that problem by
9  not having mobiles use the same inner code.
10     Q. Right. If -- if I use a Hadamard code for
11 my inner code, am I limited in the number of
12 different inner codes I can use?
13     A. So let me make sure I -- so we're going to
14 have a Hadamard code.
15     Q. Yes.
16     A. And you didn't tell me the length. The
17 length. But you're going to have some length?
18     Q. Yes.
19     A. Yes. You're limited in the number.
20     Q. Okay. So again, the -- if I have that
21 limited number, then the -- one way to improve
22 the chance of not having a collision is to
23 increase the number of outer codes that I use?
24     A. If you're limited to a small number of the

25  (Pages 94 to 97)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.   July 13, 2011

Page 98

1  Hadamard codes, then you could improve the -- the
2  probability, reduce the probability of collision
3  by increasing the number of outer codes.
4    Q.  Okay.  And in general, if -- if a base
5  station has available a certain set of outer
6  codes that mobile stations can use, as I decrease
7  the number of outer codes in that set, if I start
8  with, say, 100, and I keep on decreasing it, as I
9  continue to decrease, the circuitry that I need
10  in the base station will simplify?
11    A.  As you -- oh.  So let me make sure I
12  understood, because your question went around a
13  little bit.  So, as you decrease the number of
14  outer, possible outer codes --
15    Q.  Uh-huh.
16    A.  -- that a base station can use.
17    Q.  Right.
18    A.  The circuitry in the base station will get
19  simpler?
20    Q.  Yes.
21    A.  Yes.
22    Q.  So for example, if I have one base station
23  that was assigned 100 codes as the outer -- as
24  possible outer codes, and another one that was

Page 99

1  assigned five outer codes, as possible outer
2  codes, the one that only has five can use simpler
3  circuitry to do the correlation process?
4    A.  Yes.
5    Q.  And to make it the simplest, the simplest
6  way to do it is just to have one single outer
7  code that all mobile stations use?
8    A.  Yes.  All mobile stations within
9  the -- the base station's area.
10    Q.  And that would make the circuitry the
11  simplest possible to do the correlation with the
12  outer code?
13    A.  To do the correlation with the outer code,
14  right.
15    Q.  Right.
16    A.  Because you need one correlator, versus
17  many.
18    Q.  Right. okay.  In the -- the next line of
19  paragraph 27, "A base station then uses the outer
20  code to recognize preamble sequences that are
21  intended for it."  That means that it's doing the
22  correlation of its assigned outer code or outer
23  codes?
24    A.  Uh-huh.  Yes.

Page 100

1    Q.  And if a handset uses a different outer
2  code than the one used by the base station
3  receiver, it will not be able to decode
4  transmissions from that handset.
5    A.  Correct.
6    Q.  And that -- can you explain that line a
7  bit more?  That it's not able to decode, or that
8  it's --
9    A.  Well, okay.  So here's the -- here's the
10  explanation.  If I have different outer codes,
11  and if I -- if I -- someone's using a different
12  outer code for a particular base station, then
13  when it does the correlation, it will get a low
14  value.  So it will know it's not for that
15  particular base station.
16    Q.  Uh-huh.  Right.
17    A.  If you are doing something similar, and
18  you're doing the actual data transmission, right,
19  and the codes didn't match, you wouldn't be able
20  to decode it.  So what that means is that I -- if
21  I'm -- if I had the correct one, I would decode
22  my -- I would be able to detect my -- if I had
23  the one that's for me, and I know it's for me,
24  then all of the others, I don't decode those, but

Page 101

1  they become zero -- you know, like zero
2  background noise to me.  That's what this is
3  intended to mean.
4    Q.  Okay.
5    A.  Flipped it the other way, it means I only
6  can detect the one that's using the correct outer
7  code.
8    Q.  Okay.  That makes sense.
9    A.  That makes a better -- maybe a better way
10  to say this.
11    Q.  Right.  It -- I think that sentence just
12  kind of takes the next step leap, without --
13    A.  It's okay.
14    Q.  -- making it clear that it's --
15    A.  I understand.
16    Q.  It states it's not correlating it.
17  Because it's not correlating it, it can't decode
18  it correctly.
19    A.  Right.
20    Q.  The next line, "The '559 patent suggests
21  to use Gold and Kasami codes to form the outer
22  code."  How does the -- well, start with the
23  example of using a common one, where each --
24  where there's only one outer code for the base

Merrill Corporation - Chicago

(312) 386-2000                          www.merrillcorp.com/law

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.   July 13, 2011

Page 102

1    station.
2        A.  Uh-huh.
3        Q.  How does -- or let me -- what is in the
4    mobile station that enables it to generate the
5    same code as all the other mobile stations in
6    the -- in that cell?
7        A.  I can't tell you exactly how it's
8    happening in 3GPP.  But what I would do with a
9    Gold code, for example, or a Kasami, because
10   these come from actual shift -- actual length
11   shift register sequences.
12           So you use the shift register to
13   generate it.  You tell the -- the only
14   information you really need to transmit is how
15   long the code is and -- or how many shift
16   register -- shift registers you need.  And
17   there's also usually sort of a generator that
18   tells them how to make the connections.  And that
19   would generate the Gold code in one transmission.
20       Q.  What do you mean by a generator to make
21   the connections?
22       A.  It -- a shift register.
23       Q.  Uh-huh.
24       A.  Okay?  So a shift register has a bunch of

Page 103

1    boxes, which are essentially delays.
2        Q.  Right.
3        A.  And then there are connections, there are
4    feed back connections, and feed forward
5    connections.
6        Q.  Uh-huh.
7        A.  And it tells them how to make these
8    connections.  Which ones are connected.  So if
9    there's four boxes, do you add the output of 1
10   and 2, or do you add the output of 1 and 3 or do
11   you add the output of 1, 2, and 3?  Those
12   connections are part of what's called the
13   generator equation for this.  And that's what
14   generates the code.
15           This is true for all pseudorandom
16   sequences.  There's a standard diagram, and these
17   connections are specified.  So if you simply
18   specify the connections, and how many of these
19   shift registers there are, you can generate any
20   pseudorandom sequence.  Any M sequence.
21           And then from the M sequence, you
22   can generate the Gold sequences, by choosing them
23   appropriately.
24       Q.  Uh-huh.  Okay.

Page 104

1        A.  But I wouldn't do it that way.  Okay?
2        Q.  What do you mean?
3        A.  I wouldn't do it that way, because
4    memory's cheap.
5        Q.  Right.
6        A.  I would put it all in memory, and it would
7    be an index, this is what you use.  But I don't
8    know how it's done.
9        Q.  So each particular Gold code, then, has
10   you know, for its first chip, would be, you know,
11   it can go on, as we said for millions and
12   millions of chips.  When the information that's
13   provided to -- or for the mobile station to be
14   able to select the proper portion of the Gold
15   code, because it's obviously not transmitting
16   millions of chips -- and we'll just give an easy
17   example.  It's doing 100 chips.  Essentially, you
18   need to provide information to it to know like
19   kind of the -- the offset of where to start the
20   generation of the --
21       A.  I assume so.  Yes.
22       Q.  Okay.  Okay.  In paragraph 28, you say
23   that it's -- "The outer code is further described
24   as periodic with period K chips, meaning that it

Page 105

1    consists of a series of repeating blocks of K
2    chips, where each block has the same sequence of
3    chips."  Can you explain what you mean by
4    "periodic."
5        A.  Periodic simply means it repeats in time.
6        Q.  And the period corresponds to just the --
7        A.  How long it takes till it repeats.
8        Q.  Yes.  And here you reference the -- again,
9    column 3.
10       A.  Yeah.
11       Q.  And the preferred embodiment is depicted
12   in figure 6.  Outer code 603 is periodic with
13   period K chips.
14       A.  Yes.
15       Q.  And why do you want to make it periodic?
16       A.  Why do I want to make it periodic?
17       Q.  Well, what is -- why -- what's the point
18   of making it periodic?
19       A.  Well, the -- are you asking me, or do you
20   want me to tell you what's in the --
21       Q.  Well, both.  The first one -- why -- in
22   the '559 patent, what is the purpose of making it
23   periodic?
24       A.  There's several reasons for making it

27 (Pages 102 to 105)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 106

1  periodic, I think.
2      Q. According to the '559 patent?
3      A. According to the '559 patent. Okay. And
4  I believe it's -- I talked about this in the --
5  29, but I'm not so sure. Right? So if I have
6  a -- if I have a small sequence like this, okay,
7  then the correlator is easier to build, because
8  it's just a few taps.
9          The other reasons why the '559 wants
10 to do it, I'm -- besides simplicity, I'm not so
11 sure that I understand.
12     Q. Besides the -- this periodic aspect, and
13 using a single outer code, is there anything in
14 the '559 patent that provides a means for using
15 simple circuitry in the base station?
16     A. That's kind of an open-ended question.
17 So, I'm trying to figure out how to -- how to
18 answer it.
19     Q. Well, before we get to that, is there --
20 is there anything in the '559 patent that
21 specifically says, because we use -- you can use
22 a periodic outer code, it makes the circuitry
23 simpler, or simple?
24     A. No. But it's -- to me, and so now you're

Page 107

1  asking me to just comment on the patent.
2      Q. Okay.
3      A. When I read the patent, I assume that he's
4  doing this, that he wants to do this, to achieve
5  the goals that he's set out for himself. Which
6  is simplicity, and -- and the others. Okay.
7          And then I look at that, I look at
8  the figure 6 and say, well, okay, he's using a
9  short thing that's repeated.
10     Q. Right.
11     A. And it seems that that -- the motivation
12 is to make the complexity of the -- the circuitry
13 simpler.
14     Q. Right. Although it -- it does refer to
15 that as a preferred embodiment. And -- I know
16 you're the inventor of many patents, so I'm sure
17 you've seen that terminology before.
18     A. Well, I -- I understand that, but based on
19 his -- some of his -- the comment, and some of
20 the discussion in the -- in the specification --
21     Q. Uh-huh.
22     A. -- even though it's -- it's a preferred
23 embodiment, it's repeated several times. So it
24 seems that it's -- you know, what I'm -- I'm an

Page 108

1  engineer.
2      Q. Right.
3      A. I'm not a lawyer. And so, when I read
4  these things, I read them as if I were the
5  engineer, thinking what he's doing, and try to
6  put myself in the same position.
7      Q. Uh-huh.
8      A. In my -- and in my opinion, the engineer
9  wanted this to be periodic, made it clear in the
10 second -- in the second claim, and then talks
11 about it as a preferred embodiment.
12         So I, as an engineer, I read it that
13 way. And then, with the emphasis on making the
14 circuitry simpler, I focus on this thing being
15 periodic, on the outer code being periodic.
16     Q. What other ways do you think you could
17 make the circuitry simpler in the base station,
18 when it comes to detecting preambles?
19     A. So that's another open-ended --
20     Q. Yes.
21     A. -- question. Right. If you make --
22     Q. For example, if I made the -- the preamble
23 sequence shorter.
24     A. You can make the preamble sequence

Page 109

1  shorter. But it has deficiencies if you make the
2  preamble sequence shorter, right? You want the
3  preamble sequence long enough to be able to get
4  these cross correlations low enough, and be able
5  to handle the delays that might happen.
6          And, but at the same time, you want
7  to make it, you know, short enough so that
8  it's -- it's simpler, right?
9      Q. Right. I understand. Okay. In -- in the
10 '559, there's -- they use the term "chips" and
11 they use the term "symbols," on the -- the side
12 of generating the preamble. Can you explain what
13 the difference is.
14     A. It's -- so again, are you asking me to
15 answer this question -- I'm a little confused.
16     Q. So, if you're reading the '559 patent.
17     A. Right. Okay.
18     Q. And there's --
19     A. So here --
20     Q. For example, on column 3, it says "Both
21 codes are preferably of length and chips where N
22 is the total number of symbols in the preamble."
23 Is there a difference there between chips and
24 symbols?

28 (Pages 106 to 109)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 110

1    A.  Not in that definition.
2    Q.  Okay.  And then, for example, it also says
3  in that periodic part, and this is column 3, line
4  42 to 43, "outer code is periodic with period K
5  chips."  But then in column -- I'm sorry, in
6  column 5, in claim 2, it says the -- and this is
7  line 11, it says, "The period --" I'm sorry, are
8  you -- "The period of the outer code comprises K
9  symbols."
10    So in column 3 we say the period is
11  K chips.  In claim 2 we say the period comprises
12  K symbols.  So, in your view, is that the same
13  thing again?  We're talking about the same thing?
14    A.  So, let me -- let me backtrack so I make
15  sure I understand what you're saying.  In column
16  3 he says both codes are of length N chips where
17  N is the total number of symbols.
18    Q.  Right.
19    A.  Mathematically, that means one chip is one
20  symbol.  Right?  There's no other way to
21  interpret that line.  Right?  Then he talks about
22  the outer code being periodic with K chips,
23  right?
24    Q.  Uh-huh.

Page 111

1    A.  Which is consistent with figure 6.
2    Q.  Right.
3    A.  Okay?  Because he has whatever that is, 8
4  chips in one of -- in -- 8 chips in -- in the
5  code.  Okay.
6    And then here he talks about outer
7  code comprises K symbols.  Here it's not so clear
8  to me, with claim 2, as to what he means by K
9  symbols.  They have this -- they have this
10  picture where he's calling these symbols, but
11  later on he calls something else symbols.
12    Q.  And where does he do that later on?
13    A.  Column 5 -- 4.  I'm sorry.  Column 4, line
14  40, 41.  I don't know.  Somewhere in there, he
15  talks about these M symbols.  So there -- a chip
16  isn't a symbol, but the 8 chips are a symbol.
17    Q.  And that's -- that's happening at the base
18  station, yes?
19    A.  Symbols are symbols.  Chips are chips.
20    Q.  No.  I'm asking what, in column 4 --
21    A.  It's happening at the base station.  But
22  I'm not sure I understand what the difference is.
23  So, I -- I find the confusion, for me, between
24  column 3 and column 4, in a -- yeah.

Page 112

1    Q.  Okay.  Going back again to the commonality
2  of the outer code.  It is possible that I could
3  say, okay, every mobile station, you're only
4  going to use this one Gold code.
5    A.  Yes.
6    Q.  But, it's possible that I could say within
7  that Gold code, which can be millions of chips
8  long --
9    A.  Yes.
10    Q.  -- I want you to use, you know, mobile
11  station 1, I want you to use this segment.
12  Mobile station 2, I want you to use this
13  different segment.
14    A.  Yes.
15    Q.  So they're using the same code, but
16  they're using just different segments within that
17  code?
18    A.  That's possible.
19    Q.  In that possibility, when you talk about
20  having a common code, the common code -- they're
21  still using the same Gold code, they're just
22  using different segments?
23    A.  It's not -- it's not my general
24  understanding of what common code would mean.

Page 113

1  That would mean that everyone uses the same
2  sequence in the base station.  And then the other
3  base stations, for example, might use the Gold
4  code, just shifted.  A different segment of it.
5  But it's -- my understanding is it would all be
6  the same sequence.  That's my understanding of
7  the term --
8    Q.  Okay.
9    A.  -- common code.
10    Q.  Okay.  And when it comes to the common
11  code in the patent, or the -- that it's
12  preferably common for all transmitters, it's
13  certainly, you know, the system -- you can
14  certainly generate preamble sequences where
15  the -- the mobile stations are not using the same
16  outer code?  It's certainly --
17    A.  In what he calls the -- his preferred
18  embodiment, I don't believe that's true.  I don't
19  believe that's what he -- what was intended as
20  the preferred embodiment.
21    Q.  As the preferred embodiment.
22    A.  Yes.
23    Q.  Right.  But it -- there's certainly no
24  language here saying that unless they use a

Merrill Corporation - Chicago

(312) 386-2000                    www.merrillcorp.com/law

Leonard Cimini, Ph.D.    July 13, 2011

Page 114

1 common code, you -- you wouldn't be able -- the
2 system wouldn't work, or it doesn't comply with
3 my description?
4    A. No. But it is -- it's consistent with his
5 goal --
6    Q. Sure.
7    A. -- of simple circuitry.
8    Q. Okay. And that's the same point with
9 the -- the periodic part.
10    A. Uh-huh.
11    Q. That it's certainly preferred. It does --
12 if you use periodic, it can make it, the
13 circuitry, more simple, but there's no
14 requirement that it be actually periodic?
15    A. Again, the periodic would make it simpler.
16    Q. Right.
17    A. And it seems like the only -- based on the
18 way this is described, it's the only way you
19 could generate these, you would generate these
20 codes. Seems like the intention of the inventor.
21    Q. Okay. But it's not --
22    A. But not --
23    Q. It's not the only way?
24    A. Correct.

Page 115

1    Q. It's the preferred way, but it's not the
2 only way you could generate it?
3    A. Right, but no other way --
4       MR. HASLAM: Object. Objection.
5 When you say not the only way, do you mean
6 generally, or with respect to the '559 patent?
7    Q. If I was reading the '559 patent, would it
8 be understood that you could generate the outer
9 code that's not periodic?
10    A. My reading of the patent, okay, would say
11 no.
12    Q. That one -- you would read this and say I
13 cannot generate an outer code unless it's
14 periodic?
15    A. Based on the -- on claim 2.
16    Q. On claim 2. But that's not -- that's not
17 an independent claim. That's --
18    A. It seems very specific, though. So at --
19 you asked me my reading of the '559.
20    Q. Right.
21    A. And I'm not an attorney.
22    Q. Right.
23    A. As an engineer, I would say this inventor
24 intended for this outer code to be periodic.

Page 116

1    Q. But if they intended it to be periodic,
2 wouldn't it have been in the independent claim?
3 If they -- let me just give you a hypothetical.
4 I have an invention, and it has three features,
5 okay? And I say, okay, when I go to my
6 independent claim, I say it has feature 1 and it
7 has feature 2. And then I say in dependent claim
8 2, plus feature 3. Are you saying that to
9 generate my invention, I have to do feature 3?
10    A. No, but I don't read this the same way.
11    Q. And why don't you read it the same way?
12    A. I -- because when I -- when I read claim
13 2, it seems like you're referring to claim 1, and
14 it has to be K symbol -- periodic. I -- and like
15 I said, I'm not -- I'm not an attorney. I don't
16 know, you know, every detail of patent law. But
17 I read claim 2 to be very specifically referring
18 to the outer code in claim 1.
19    Q. Okay. And if -- if I interpret the outer
20 code in claim 1 as necessarily having a period,
21 what in claim 2 changes that? What makes it
22 different? What is -- what is it about claim 2
23 that's adding something?
24    A. Well, again, I'm not a patent attorney,

Page 117

1 and I'm not claiming that -- that this is well
2 written. Okay?
3    Q. I didn't draft it, either, so I'm not
4 claiming that, as well.
5    A. So I'm not -- I'm not claiming that. I'm
6 just telling you, when I read it, my
7 interpretation.
8    Q. But at -- just getting back to my
9 question, then. If --
10    A. There's no difference.
11    Q. There's no difference. Okay. Earlier
12 today, you said in preparation for today's
13 deposition that you did refer to the -- to the
14 3GPP standard?
15    A. Working group documents.
16    Q. Yes.
17    A. That you referred to.
18    Q. I'm going to make -- this is exhibit
19 number 5?
20       THE VIDEOGRAPHER: 5.
21       MR. WEINSTEIN: 5?
22       (Cimini Exhibit 5 marked for
23 identification)
24    A. Hopefully it's one I've looked at.

30 (Pages 114 to 117)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 118

1    Q. That's what I was going to ask you.
2         MR. WEINSTEIN: Do you need a copy?
3    A. I've looked at this one.
4    Q. So you have looked at that one?
5    A. Yes.
6         MR. HASLAM: Is this the one you
7    looked at yesterday -- Sunday?
8         THE WITNESS: I said -- I said
9    last -- yesterday and Sunday.
10   Q. Yes.
11   A. Yes.
12   Q. So you looked at it both days?
13   A. Yes.
14   Q. Did you look at section 4.3.3, starting on
15   page 15?
16   A. Yes.
17   Q. Can you tell me what PRACH is?
18   A. That's the --
19        MR. HASLAM: I'm going to object to
20   the question. You haven't laid a foundation that
21   his review of this formed either the basis of his
22   declaration or the basis of his preparation today
23   to testify about his declaration.
24   Q. What did you look at in the -- in the

Page 119

1    standard? What did you reference in preparation
2    for today's deposition?
3    A. Section 4.3.3.
4    Q. And what did you look at specifically in
5    4.3.3?
6    A. The preamble code construction.
7    Q. And what did looking at the preamble code
8    construction tell you in preparation for today?
9    A. Assuming that this is the 3GPP standard,
10   it told me how they do the preamble.
11   Q. Okay. And how did that help you prepare
12   for today?
13   A. It's -- trying to understand this code
14   construction, and the code construction that's in
15   the '559 patent.
16   Q. And so, you -- were you trying to
17   understand how they were the same or different?
18   A. Trying to understand what's in the '559,
19   and then trying to understand here, in the -- in
20   the 3GPP, to see what the -- what the
21   similarities and differences were.
22   Q. Okay. And what did you find to be the
23   similarities and differences?
24        MR. HASLAM: I'm going to instruct

Page 120

1    the witness not to answer on the grounds that
2    he's not here today to testify about issues of
3    infringement, or comparing the claims of the '559
4    with the standard. And as to that, it's beyond
5    the scope of Rule 26. He's a non-testifying
6    expert as to those issues.
7         MR. WEINSTEIN: Well, he's just
8    testified that he looked at it to figure out what
9    the differences and similarities are to
10   understand how to prepare for today's deposition.
11   So how -- that's informing on how he's testifying
12   today on this deposition. I want to understand
13   what he determined from that.
14        MR. HASLAM: You can try to lay a
15   better foundation, but as of now, he basically
16   has told -- he -- I'm not going to characterize
17   his testimony. I don't think he said that what
18   he did relates to understanding the construction
19   of the '559, to the extent that that's what his
20   declaration states.
21   BY MR. WEINSTEIN:
22   Q. So what did you compare in the '559 to the
23   standard?
24        MR. HASLAM: I got the same

Page 121

1    objection -- same instruction. He -- there's no
2    dispute he said he compared it. There's no
3    comparison in his declaration, and you haven't
4    laid a foundation as to how that comparison
5    relates to the declaration, which is the only
6    thing he's here to testify about.
7         He is a -- he's been designated as
8    an expert on things beyond the declaration. He
9    is a consulting expert, as to which you're not
10   entitled to discovery absent a showing, which you
11   haven't made.
12   BY MR. WEINSTEIN:
13   Q. Okay. So how did you use this, then? How
14   did the review of the standard inform you on
15   understanding the '559 patent?
16   A. Okay. So to -- I think I should reiterate
17   sort of what Bob's saying, right? So, I did not
18   use it to write this declaration.
19   Q. But you did use it for preparing for
20   today's deposition?
21   A. I used it to get a general understanding
22   of the -- the case in general. But not for this
23   deposition -- not for this declaration, and not
24   for questions that I expected in this deposition.

31 (Pages 118 to 121)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 122

1    Q. And in your preparation for understanding
2 what -- how CDMA works, had you previously looked
3 at this standard to understand how preambles are
4 generated?
5    A. Yes, I did.
6    Q. And so, when we talked before about, you
7 know, what you had done to prepare the
8 declaration and understanding CDMA, at that
9 point, had you already looked at the -- this
10 standard, in understanding --
11    A. Yes.
12    Q. Okay. So, going back to that, in addition
13 to the '559 patent and its prosecution history,
14 you did look at this standard to have an
15 understanding of --
16    A. So that's -- that's not -- that's not the
17 question you asked. So the question says, in
18 preparation of this declaration.
19    Q. Right. That's what I'm saying.
20    A. Right. In this -- in preparing this
21 declaration, you don't need anything but basic,
22 rudimentary understanding of CDMA, and a little
23 bit out of the '559. So you don't need anything
24 else. So, in -- you know --

Page 123

1    Q. Okay. I'm --
2    A. It's not necessary to list everything I've
3 ever learned about CDMA, or I've read about it --
4    Q. I thought you might --
5    A. -- for this declaration.
6    Q. I thought in my question that I had said
7 that in understanding CDMA for preparation of the
8 declaration. Maybe I didn't say it clear enough.
9 But I --
10    A. Right. But that still doesn't require you
11 to understand this (indicates).
12    Q. I'm not saying it does.
13    A. Right.
14    Q. I'm asking did you -- had you looked at
15 the standard, and in preparing the declaration,
16 to explain CDMA and explain how it applies -- how
17 it applies to preamble sequences --
18    A. No. That's not the question you asked.
19    Q. Okay. Well, then, I'm asking it now.
20    A. Okay.
21    Q. You're saying that no, you did not look at
22 the standard then?
23    A. In -- you asked the question properly. In
24 preparation, in preparing this declaration --

Page 124

1    Q. Yes.
2    A. Did I use anything else, other than
3 textbooks and this document (indicates). No.
4    Q. Okay.
5    A. Okay? Did I look at lots of other
6 material related to this case? Yes.
7    Q. In preparing the declaration?
8    A. No.
9    Q. Just for the deposition? Preparing for
10 the --
11    A. No. No. In our -- in our discussions
12 about this case. This declaration is very
13 specific.
14    Q. Right. Okay. And in column 4 of the
15 patent --
16    A. Yes.
17    Q. -- the first line is that the -- it
18 provides means of generating preamble sequences
19 that can be detected with simple circuitry. It
20 then provides --
21    A. Which -- sorry. Which line?
22    Q. I'm sorry. This is column 4, line
23 starting at line 51.
24    A. 51.

Page 125

1    Q. Uh-huh.
2    A. Yes.
3    Q. So, it -- you can generate the preamble
4 sequences that can be detected with simple
5 circuitry, and then it lists a few other things
6 that are advantageous.
7    Can you explain -- it says "In
8 addition, for example, the first one, when the
9 transmitter and receiver oscillator frequencies
10 are not exactly equal, the preamble received at
11 the base station appears very different from or
12 highly uncorrelated with the other preambles in
13 the set."
14    Can you explain how the --
15    A. Yes. So, when the frequency is offset,
16 what happens is the phase, which is the integral
17 of the frequency, will be that frequency offset
18 times T. So, it will -- the phase will be
19 growing. So, and since it can only be between 0
20 and 2 pi, it will actually be rotating --
21    Q. Right.
22    A. -- around the circle. Okay? So as this
23 frequency offset exists, the -- the
24 constellation, if you will, or just the plus or

Merrill Corporation - Chicago

(312) 386-2000                    www.merrillcorp.com/law

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.   July 13, 2011

Page 126

1  minus 1 --
2      Q. Okay.
3      A. -- will rotate. So when you do this
4  correlation, you get something very different
5  than you might get if you -- everybody was
6  perfectly synchronized.
7           And the longer the sequence, the
8  worse this problem will be. Because the rotation
9  goes along longer, the phase change.
10     Q. Uh-huh.
11     A. That's the first part.
12     Q. Okay.
13     A. See what the -- well, that's -- that's it.
14  That's all it says, right? The next part says
15  "The preambles also allow the difference to be
16  calculated in a straightforward manner."
17     Q. And just going back to this frequency
18  offset, then, how does it -- you've just
19  explained, I guess, the -- what it means to have
20  this frequency offset. How is the preamble
21  that's generated according to the patent make it
22  appear that that preamble is different from and
23  highly uncorrelated --
24     A. Well, what's most important is the highly

Page 127

1  uncorrelated part.
2      Q. Right.
3      A. Right? So, if -- if I take a signal and
4  it has 0 phase, and I get -- I take exactly the
5  same chip sequence, but now I shift it by 90
6  degrees. When -- when I correlate those two, I
7  get 0, when I should be getting perfect
8  correlation.
9      Q. Right.
10     A. Because it's the same signal, it gets 0,
11  because the inner product -- you know, is cosign
12  a 90, so you get 0.
13     Q. Right.
14     A. And that's the problem, right? And you
15  have no idea what this phase is. It's totally
16  random, right, because it's just whipping around.
17  And -- and the -- as a matter of fact, the
18  oscillators even move, so that the difference is
19  changing. And you need a way of correcting for
20  that.
21     Q. Okay.
22     A. And -- and they have an algorithm for
23  doing that.
24     Q. Is there anything specific in the way that

Page 128

1  the preamble is generated that does that, or is
2  it just this algorithm after it's received?
3      A. It helps that you have the -- so, if I can
4  use the preferred embodiment in figure 6 as an
5  example.
6      Q. Just this time.
7      A. Okay.
8      Q. All right.
9      A. By having the inner code as being these
10  orthogonal code words --
11     Q. Uh-huh.
12     A. -- what you can do is you can correlate
13  with each one. And then you can do this
14  difference between one symbol and the next, if I
15  call the whole block a symbol. A symbol and the
16  next. And that allows, gives you an estimate of
17  what the phase difference is between those two
18  symbols. So it tells you how much the phase has
19  changed from one symbol to the next.
20          And then what you do is you add them
21  all up, which gives you a benefit against noise,
22  and that gives you your estimate. All right. So
23  the algorithm -- it's not dependent on this, but
24  it's -- it's helped somewhat by this.

Page 129

1      Q. Okay.
2      A. Their specific algorithm. There are many
3  ways of doing frequency offset correction.
4      Q. And the -- the last -- that allows the
5  difference between the transmitter and receiver
6  oscillator frequencies to be calculated in a
7  straightforward matter?
8      A. Right. That's the algorithm that I just
9  talked about.
10     Q. Okay. Then I guess I'm not understanding
11  how does the preamble generated according to the
12  patent make it highly uncorrelated, when you have
13  this differences between frequencies?
14     A. If you don't correct for the frequency,
15  then you have a problem.
16     Q. Right.
17     A. Right? So you have to correct for it. So
18  this -- this preamble structure, and the
19  algorithm that they -- they made, that he
20  invented to go along with it --
21     Q. Uh-huh.
22     A. -- allow you to fix this. And then
23  everything lines up properly. Right? But if you
24  don't do something to correct it, then you're

33 (Pages 126 to 129)

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.   July 13, 2011

Page 130

1 going to have this problem.
2     Q. So the combination of that special
3 algorithm and the structure --
4     A. Yeah, but it's --
5     Q. It addresses both of these last two --
6     A. Right. But the algorithm -- the algorithm
7 is -- not matched, but it's -- it's designed for
8 that structure. It's designed for having these M
9 signals. They don't have to even be orthogonal.
10 They can just be any M signals.
11     Q. Uh-huh. I've given the hypothetical
12 before that, you know, all the mobile stations
13 are using the same Gold sequence, but using
14 different segments within the Gold sequence.
15         If I'm using the different segments,
16 and actually, this is also addressing the point
17 that you said in general, you would want to use
18 just specific ones that have better orthogonal --
19 or cross correlation qualities.
20     A. Yes. Yes.
21     Q. So if I was just to use a segment, and
22 then it was another segment that was offset by
23 just one chip, so let me -- an example of 100
24 chips. So, I use chips 1 to 100.

Page 131

1     A. Uh-huh.
2     Q. And the next segment, I use chips 2 to
3 101.
4     A. Yeah.
5     Q. In that case, is there any predictable way
6 to know that that's going to create good cross
7 correlation or not?
8     A. There's a -- there's a way to construct
9 the Gold codes, which I don't know. But I think
10 it's -- it might even -- I don't think it's
11 specified in here. It might be.
12         But there's a structure -- there's
13 an algorithm for doing this construction. And
14 part of that algorithm will create codes, will
15 only essentially pick those code words which have
16 a bounded cross correlation. I'm choosing my
17 words to be precise about this.
18     Q. Okay.
19     A. Because that's what it is. It's not a low
20 cross correlation. It's a -- a bounded. It just
21 means it can never be bigger than that. That's
22 what the Gold code construction does. But I
23 couldn't tell you, you know, how or why it does
24 this.

Page 132

1     Q. Right. So if it's bounded, you know where
2 to set the threshold?
3     A. That's right. It can never be bigger than
4 this. So -- and it's a function of how long the
5 code is. So you can specify, say this is where I
6 want my threshold to be, or I want my performance
7 to be. You can set the length based on that.
8 There's simple formulas for that.
9     Q. Okay.
10         MR. WEINSTEIN: Well, thank you. I
11 have no further questions.
12         MR. HASLAM: I have just a couple.
13         CROSS-EXAMINATION
14 BY MR. HASLAM:
15     Q. I believe you testified, in response to
16 some questions about the relationship, if any,
17 between symbols and chips, and did I understand
18 you to say that in -- in the typical use of the
19 word "symbol," it relates to multiple chips?
20     A. Yes. I think I said that.
21     Q. Right. And is there anything in the '559
22 which is consistent with the use of symbols to
23 mean multiple chips?
24     A. I think I mentioned that, too, in column

Page 133

1 4, when he talks about this frequency offset
2 correction technique, he refers to, you know,
3 orthogonal -- orthogonal signals, and the
4 orthogonal -- the correlated output as symbols.
5 And these -- in the figure 6, for example, were
6 multiple chips. So those symbols are now
7 multiple chips.
8     Q. You were asked some questions about claim
9 2, and in particular, the portion of the claim 2
10 that states "wherein the period of the outer code
11 comprises K symbols, wherein K is a positive
12 integer." If "symbols" as used there means
13 multiple chips, and if I use the preferred
14 embodiment, a symbol could comprise 8 chips,
15 correct?
16     A. 8. You said 8, right?
17     Q. 8, yes.
18     A. Yes. 8.
19     Q. Right. Now, if I have a symbol which
20 comprises 8 chips, but I have an outer code which
21 is 9 chips long, would the 9 chips be an integer
22 number of symbols in that system?
23     A. Under the way you just defined it, no.
24     Q. So --

79aa964b-c6a6-4d71-8494-d00d0345d450

Leonard Cimini, Ph.D.    July 13, 2011

Page 134

1    A. Let me -- can I repeat it?  Because I'm
2 not sure I understood.
3    Q. Yes.
4    A. So, a symbol is defined as 8 chips.
5    Q. Yes.
6    A. And you want the outer code to be 9 chips
7 long.
8    Q. Repeating at 9 chips, rather than 8 chips.
9    A. Right.  So then you asked -- okay.  The
10 relationship between -- so it's not an integer
11 number of symbols.  Okay.  Yes.
12    Q. In that situation, would an outer code of
13 9 chips fall within the scope of claim 1, but not
14 within the scope of claim 2?
15    A. Yes.  If claim 1 is meant to be anything,
16 it doesn't have to have that particular period.
17 Yes.
18    Q. Okay.
19    A. They would be different.
20       MR. HASLAM:  I have no further
21 questions.
22       THE VIDEOGRAPHER:  This deposition
23 sending at approximately 1:47 p.m.
24       (Deposition concluded at 1:47 p.m.)

Page 135

1        I N D E X
2 DEPONENT:  LEONARD CIMINI, PH.D.      PAGE
3 Examination by Mr. Weinstein        3
  Examination by Mr. Haslam        132
4
        E X H I B I T S
5             PAGE(S)
6 DEFENDANT'S DEPOSITION EXHIBITS
7 Cimini 1.  Dr. Cimini's CV        6
8 Cimini 2.  Dr. Cimini's declaration     12
9 Cimini 3.  '559 patent          14
10 Cimini 4.  List of publications      26
11 Cimini 5.  3GPP standard        117
12 CERTIFICATE OF REPORTER        136
13 ERRATA SHEET/DEPONENT'S SIGNATURE     137-138
14
15
16
17
18
19
20
21
22
23
24

Page 136

1  State of Delaware )
               )
2  New Castle County )
3
4        CERTIFICATE OF REPORTER
5    I, Julianne LaBadia, Registered Diplomate
  Reporter and Notary Public, do hereby certify that
6 there came before me on July 13, 2011, the deponent
  herein, LEONARD CIMINI, PH.D., who was duly sworn by
7 me and thereafter examined by counsel for the
  respective parties; that the questions asked of said
8 deponent and the answers given were taken down by me
  in Stenotype notes and thereafter transcribed by use
9 of computer-aided transcription and computer printer
  under my direction.
10
    I further certify that the foregoing is a true
11 and correct transcript of the testimony given at
  said examination of said witness.
12
    I further certify that reading and signing of
13 the deposition was required by the deponent and
  counsel.
14
    I further certify that I am not counsel,
15 attorney, or relative of either party, or otherwise
  interested in the event of this suit.
16
17
18
19   _____
20       Julianne LaBadia, RDR, CRR
21
22
23
24

Merrill Corporation - Chicago
(312) 386-2000                www.merrillcorp.com/law

79aa964b-c6a6-4d71-8494-d00d0345d450