IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLE INC. and NeXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, INC.),<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>MOTOROLA, INC. and MOTOROLA MOBILITY, INC.<br><br>    Defendants and Counterclaim-Plaintiffs. | Case No. 10-CV-662 (BBC) |

MOTION FOR *PRO HAC VICE* ADMISSION OF
KEVIN S. KUDLAC, JUSTIN CONSTANT AND RODNEY R. MILLER

    Apple Inc. and NeXT Software, Inc., by their counsel in this matter, Bryan J. Cahill of Godfrey & Kahn, S.C., request that this Court grant admission *pro hac vice* to Kevin S. Kudlac, Justin Constant, and Rodney R. Miller, of Weil Gotshal & Manges LLP.

    I have provided these attorneys with copies of the Standards for Professional Conduct within the Seventh Federal Judicial Circuit. Attached to this motion are the CM/ECF registration forms completed on behalf of each attorney. Further support for this motion is in the declarations of these attorneys, which are filed with this Motion.

Dated: August 23, 2011.　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　*s/ Bryan J. Cahill*
　　　　　　　　　　　　　　　　　　James D. Peterson
　　　　　　　　　　　　　　　　　　Bryan J. Cahill
　　　　　　　　　　　　　　　　　　GODFREY & KAHN, S.C.
　　　　　　　　　　　　　　　　　　One East Main Street, Suite 500
　　　　　　　　　　　　　　　　　　P.O. Box 2719
　　　　　　　　　　　　　　　　　　Madison, WI 53701-2719
　　　　　　　　　　　　　　　　　　Telephone: (608) 257-3911
　　　　　　　　　　　　　　　　　　Facsimile: (608) 257-0609
　　　　　　　　　　　　　　　　　　jpeterson@gklaw.com
　　　　　　　　　　　　　　　　　　bcahill@gklaw.com

6732939_1