

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

## CM/ECF REGISTRATION FORM

Name: Justin Constant

State Bar ID Number: 24067551

Telephone Number: 713-546-5000x5217    Fax Number: _____

Email Address: justin.constant@weil.com

Firm Name: Weil, Gotshal & Manges LLP

Address: 700 Louisiana
Suite 1600

City: Houston    State: TX    Zip Code: 77002

The undersigned agrees to abide by all Court rules, orders, and policies and procedures governing the use of the electronic filing system. The combination of user id and password serves as the signature of the attorney filing the documents pursuant to Fed. R. Civ. P. 11, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the local rules of this court. Attorneys must protect the security of their passwords and immediately notify the office of the clerk of court if they learn that their password has been compromised. The undersigned also consents to receiving electronic notice of filings in accordance with the provisions of Fed. R. Civ. P. 5(b)(2)(D), Fed. R. Civ. P. 77(d), and Fed. R. Crim. P. 49(b). Use of the system requires the establishment of a PACER account. Visit the PACER web site at http://pacer.psc.uscourts.gov for more information.

Attorney Signature: _____    Date: 8/19/2011

Submit completed registration form to:

**United States District Court**
Western District of Wisconsin
Attention: ECF Registration - Room 320
120 North Henry Street
Madison, Wisconsin 53703
Fax# 608-264-5925

A confirmation email will be sent when this form is processed. Your CM/ECF login name and password will be sent as a second e-mail after you confirm receipt of the first email. Contact the clerk's office at 608-264-5156 with any questions concerning registration or CM/ECF.

| COURT USE ONLY: |
| --- |
| 8573 - 634492866296875000 |
| Assigned Login: _____ |
| ☐ Confirmation e-mail with login sent |
| ☐ E-mail address confirmed by attorney |
| ☐ CM/ECF Account created |
| ☐ Password e-mailed to attorney |
| Submitted: Aug 18, 2011 5:49 PM |