IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLE INC. and NeXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, Inc.)<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>MOTOROLA, INC. and MOTOROLA MOBILITY, INC.,<br><br>    Defendants and Counterclaim-Plaintiffs. | Case No. 10-CV-00662-BBC |

### DECLARATION OF RODNEY R. MILLER IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Rodney R. Miller, pursuant to 28 U.S.C. § 1746, declares as follows:

I am an attorney with Weil Gotshal & Manges LLP and am counsel for plaintiffs Apple Inc. and NeXT Software, Inc. My office is located at 700 Louisiana St., Suite 1600, Houston, TX 77002.

1.    I was first admitted to the practice of law before the State Bar of Texas on November 6, 2009. I am currently a member in good standing for the State Bar of Texas and my bar number is 24070280.

2.    My license has never been suspended or revoked.

3.    I have read the Standards for Professional Conduct for the Western District of Wisconsin and agree to abide by those standards.

4.    This Declaration is made in support of a motion for my admission *pro hac vice* to appear in this case.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 19, 2011.

_____
Rodney R. Miller

6732890_1