**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| APPLE INC. and NeXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, INC.), <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC. and MOTOROLA MOBILITY, INC. <br><br> Defendants. | Case No. 10-CV-662-BBC |

**MOTOROLA'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**CORRECTED MOTION FOR SUMMARY JUDGMENT**

Defendants Motorola Solutions, Inc. and Motorola Mobility, Inc. ("Motorola") hereby move this Court for leave to file the attached Corrected Motion for Summary Judgment for the purpose of correcting technical issues discovered in Motorola's previously filed Motion for Summary Judgment (Doc. No. 208). This corrected motion is consistent with the underlying substance of the Memorandum in Support of Motorola's Motion for Summary Judgment (Doc. No. 230) and supporting declarations (Doc. Nos. 209-212, 236), and is intended only to clarify the record. Plaintiffs Apple, Inc. and NeXT Software, Inc. do not oppose this motion.

Dated: November 14, 2011

Respectfully submitted,

MOTOROLA MOBILITY, INC.
MOTOROLA SOLUTIONS, INC.

By:  s/ Scott W. Hansen
     Scott W. Hansen

Edward J. DeFranco
Alexander Rudis
Richard W. Erwine
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: eddefranco@quinnemanuel.com
　　　　alexanderrudis@quinnemanuel.com
　　　　richarderwine@quinnemanuel.com

David A. Nelson
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison St., Suite 2450
Chicago, IL 60661
Email: davenelson@quinnemanuel.com

Robert W. Stone
Brian Cannon
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Email: robertstone@quinnemanuel.com
　　　　briancannon@quinnemanuel.com

Charles K. Verhoeven
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Email: charlesverhoeven@quinnemanuel.com

REINHART\8012912

Scott W. Hansen
Lynn M. Stathas
Lisa Nester Kass
Reinhart Boerner Van Deuren s.c.
22 East Mifflin Street
P.O. Box 2018
Madison, WI 53701-2018
Telephone: (608) 229-2200
Facsimile: (608) 229-2100
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: (414) 298-1000
Facsimile: (414) 298-8097
Email: shansen@reinhartlaw.com
　　　　lstathas@reinhartlaw.com
　　　　lkass@reinhartlaw.com

*Attorneys for Defendants Motorola Solutions, Inc. and Motorola Mobility, Inc.*