**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| APPLE INC., and NeXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, INC.),<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>MOTOROLA INC. and MOTOROLA MOBILITY, INC.<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 1:11-CV-08540<br><br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE REGARDING
SUMMARY JUDGMENT BRIEFING DEADLINES**

    Plaintiffs Apple Inc. ("Apple") and NeXT Software, Inc. ("NeXT") and Defendants Motorola, Inc. ("Motorola") and Motorola Mobility, Inc. ("Mobility"), by their undersigned attorneys, hereby respectfully advise this Court as follows.

    Pursuant to the Scheduling Order that was entered by Judge Crabb in the Western District of Wisconsin, the parties filed motions for summary judgment on November 4, 2011. On November 23, 2011, Judge Crabb granted the Parties' Joint Motion for Extension of Time to Respond and Reply to Summary Judgment Papers of the Parties, making the Briefs in Opposition due on December 2, 2011, and the Briefs in Reply due on December 20, 2011. Dkt. No. 272. Subsequently, on November 30, 2011, Judge Crabb ordered that this case be transferred to the District Court for the Northern District of Illinois. Dkt. No. 276. The Western District of Wisconsin thereafter issued a notice that the case was closed. As a result of the transfer, the

Parties understand that this Court may have different procedures for summary judgment filings. Accordingly, the parties agree that they should not file their oppositions or reply briefs in connection with summary judgment, but instead await an order from this Court as to how they should proceed. The Parties therefore will not be filing summary judgment oppositions today or summary judgment reply briefs on December 20, 2011.

Dated: December 2, 2011

Respectfully submitted,

*/s/ Robert T. Haslam*
Robert T. Haslam (Ill. ID No. 71134)
rhaslam@cov.com
Anupam Sharma
asharma@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Robert D. Fram
rfram@cov.com
Christine Saunders Haskett
chaskett@cov.com
Samuel F. Ernst
sernst@cov.com
Winslow B. Taub
wtaub@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Jill J. Ho
jill.ho@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*/s/ Edward J. DeFranco*
Edward J. DeFranco
eddefranco@quinnemanuel.com
Richard W. Erwine
richarderwine@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Fascimile: 212-849-7100

David A. Perlson
davidperlson@quinnemanuel.com
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David A. Nelson
davenelson@quinnemanuel.com
Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Amanda S. Williamson
amandawilliamson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison St., Suite 2450
Chicago, IL 60661


- 3 -

Mark G. Davis
mark.davis@weil.com
Brian E. Ferguson
brian.ferguson@weil.com
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Elizabeth S. Weiswasser
elizabeth.weiswasser@weil.com
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153
Telephone: (212) 310-8022
Facsimile: (212) 310-8007

Matthew D. Powers
Matthew.Powers@tensegritylawgroup.com
Steven Cherensky
Steven.Cherensky@tensegritylawgroup.com
Tensegrity Law Group LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  650-802-6000
Facsimile: 650-802-6001

James A. Shimota (IL Bar No. 6270603)
jshimota@bridgesmav.com
Bridges & Mavrakakis, LLP
200 South Wacker Drive, Suite 3080
Chicago, IL 60606
Telephone:  312-789-4932

Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Motorola Solutions, Inc. and Motorola Mobility, Inc.*

*Attorneys for Plaintiffs Apple Inc.
and NeXT Software, Inc.*

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2011, I caused the foregoing document to be electronically filed with the Clerk of Court using the ECF system, which will make this document available to all counsel of record for viewing and downloading from the ECF system.

      By: */s/ Robert T. Haslam*_____
           Robert T. Haslam