UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE | ) | |
| INC. (f/k/a NeXT COMPUTER, INC.), | ) | |
| | ) | |
| *Plaintiffs*, | ) | No. 1:11-cv-08540 |
| | ) | |
| v. | ) | Judge Richard A. Posner, |
| | ) | Sitting by designation. |
| MOTOROLA, INC. and MOTOROLA | ) | |
| MOBILITY, INC., | ) | |
| | ) | |
| *Defendants*. | ) | |

**Order to Show Cause Why the Court Should Not Appoint an Expert**

I am inclined to appoint a neutral expert. Fed. R. Evid. 706; General Electric Co. v. Joiner, 522 U.S. 136, 149–50 (1997) (concurring opinion). I would want the parties' experts to get together and agree on the neutral expert for me to appoint, as suggested in DeKoven v. Plaza Associates, 599 F.3d 578, 583 (7th Cir. 2010), and In re High Fructose Corn Syrup Antitrust Litigation, 295 F.3d 651, 665 (7th Cir. 2002); see also Daniel L. Rubinfeld, "Econometrics in the Courtroom," 85 Colum. L. Rev. 1048, 1096 (1985). I count over a dozen party experts in this case, which seems excessive; I would be very reluctant to allow so many experts to testify, especially in a jury trial. But I leave it to you to decide how many of them will participate in the selection of the neutral. I want the designation of the neutral signed by whatever party experts participate in the selection; I do not want the lawyers making the selection. I would prefer that the neutral be an academic.

I would give the party experts to the end of January to nominate the neutral expert, but I would expect a detailed progress report at the hearing on January 11. If it appears that the party experts would be unable to agree on someone, I would pick the neutral myself.

2

Rule 706 entitles the parties to object to the court's appointing an expert, by requiring the judge to notify the parties of his intention in the form of an order to show cause. This is that order. Your responses are due at the hearing on January 11; the responses can be either oral or in writing.

SO ORDERED.

United States Circuit Judge,
Sitting by designation

January 4, 2012