UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:11-cv-08540 |
| v. | ) ) | Judge Richard A. Posner, Sitting by designation. |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC., | ) ) ) ) | |
| *Defendants*. | ) | |

**ORDER**

1. The 25 pro hac vice motions outstanding as of this order date are granted.

2. The motion for extension of time for filing damages expert reports and discovery is also granted.

2. Lawyers for the parties shall meet with me in my office (Dirksen Federal Courthouse, Suite 2788) on Monday, Jan. 9, 2012, at 10 a.m., to discuss scheduling, to fix a trial date, and to discuss other administrative issues leading up to a final pretrial conference and order.

3. No later than the close of business on that day, the parties shall resubmit the summary judgment motions disassembled into a separate motion for each patent, each motion to be accompanied by a brief in support and a brief in response; and either the parties, or each party separately, shall submit at the same time a glossary defining each technical term and acronym in each brief in simple, clear, ordinary English.

2

4. At 2 p.m. on Wednesday, Jan. 11, 2012, I will hear oral argument on the summary judgment motions; you will be notified of the courtroom shortly.

5. No extensions of the deadlines in this order will be granted.

SO ORDERED.

*/s/ Richard A. Posner*

United States Circuit Judge,
Sitting by designation

December 26, 2011