# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Apple, Inc., et al.

                      Plaintiff,

v.                                                    Case No.: 1:11−cv−08540
                                                    Honorable Richard A. Posner

Motorola, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 17, 2012:

      MINUTE entry before Honorable Richard A. Posner: On January 11, 2012, the court heard argument on motions for summary judgment on claims involving eight patents, and on related motions. Rulings on these motions will be issued on January 16, 2012. (For further detail see order). Mailed notice.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.