UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:11-cv-08540 |
| v. | ) ) | Judge Richard A. Posner. |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC., | ) ) ) | |
| *Defendants*. | ) | |

**ORDER**

On January 11, 2012, the court heard argument on motions for summary judgment on claims involving eight patents, and on related motions. Rulings on these motions will be issued on January 16.

The court orders (all year dates are 2012):

1. The jury trial on liability will begin on June 11.

2. Close of business January 23 is the deadline for the parties to file a joint submission designating which claims will be tried in the jury trial.

3. Close of business January 30 is the deadline for the parties' experts to nominate a neutral expert (or two neutral experts, if necessary), and inform the court of their nominees.

4. Apple's motion for partial summary judgment pertaining to limitations on damages proof is denied as premature. Damages will be tried, and motions concerning damages resolved, separately after liability is litigated, should the jury find liability.

5. Apple's motion for summary judgment on equitable issues relating to Motorola's obligation to offer fair, reasonable, and nondiscriminatory licenses for patents used in standards is denied as premature. These and other equitable issues will be the subject of a separate bench trial following the jury trial on liability, should the jury find liability.

6. Motorola's motion to dismiss certain Apple claims for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) is denied.

7. Motorola's unopposed motion for additional discovery pursuant to Fed. R. Civ. P. 56(d) is granted.

SO ORDERED.

*Richard A. Posner*

United States Circuit Judge,
Sitting by designation

January 15, 2012