UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:11-cv-08540 |
| v. | ) ) | Judge Richard A. Posner. |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC., | ) ) ) | |
| *Defendants*. | ) | |

**ORDER**

Before me are several recent motions by Apple: two letters of January 10, and a more substantial document of January 9, all complaining about submissions by expert witnesses retained by Motorola.

I do not want a proliferation of separate motions, and I certainly don't want letters.

I am about to rule on the motions for summary judgment, and my rulings may moot some of the present motions. I am therefore hereby dismissing them as premature. From here on out, each party may serve motions on its opponent by 5 p.m. each Friday, the motion to be no more than 1500 words in length. The response (also not to exceed 1500 words) will be due at 9 a.m. the Monday following that Friday. I will hear oral argument on motions every Tuesday or Wednesday morning, depending on my schedule for the week. At these hearings parties can request permission to file supplemental materials.

A movant will be required to demonstrate that denial of the motion would cause real prejudice.

SO ORDERED.

*[signature: Richard A. Posner]*

United States Circuit Judge,
Sitting by designation

January 15, 2012