UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:11-cv-08540 |
| v. | ) ) ) | Judge Richard A. Posner. |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC., | ) ) ) | |
| *Defendants*. | ) | |

**ORDER**

I've received an inquiry from one of the lawyers concerning the status of the summary judgment motions that were not argued orally last week and resolved in the order I issued yesterday.

I have the other summary judgment motions, and in the proper format: that is, the motions separated by patent, and with a response from the party opposing the motion. I am prepared to hear oral argument on those motions this coming Monday, January 23, at 2 p.m. I want the winnowing process to continue, and I want to be advised at the hearing what progress you've made, but you may defer completion of the process by the filing of a joint submission designating which claims will be tried in the jury trial on liability, to Monday, January 30.

Since in light of yesterday's order, or as a result of the winnowing process, you may wish to withdraw some of the pending summary judgment motions, let me know as soon as possible which ones you still want me to rule on.

The rest of the schedule is unchanged.

*Richard A. Posner*

United States Circuit Judge,
Sitting by designation

January 17, 2012