UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

———————

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:11-cv-08540 |
| v. | ) ) | Judge Richard A. Posner. |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC., | ) ) ) | |
| *Defendants*. | ) | |

## ORDER

On January 16, this court issued orders resolving summary judgment motions related to nine of the patents at issue in this case. If, in light of the January 16 orders, or of winnowing efforts, the parties decide to abandon as moot or otherwise any of the summary judgments to be discussed on Monday, I would be grateful to be informed as soon as possible. I am not setting a deadline, however.

*Richard A. Posner*

United States Circuit Judge,
Sitting by designation

January 19, 2012