UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:11-cv-08540 |
| v. | ) ) | Judge Richard A. Posner. |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC., | ) ) ) | |
| *Defendants*. | ) | |

**AGENDA FOR JANUARY 23, 2012 HEARING:**

**In view of the number of items for the hearing, I would like to start at 1:30 rather than 2.**

1. Update on parties' nomination of a neutral expert or neutral experts (deadline January 30, 2012)

2. Update on parties' identification of claims that will be litigated in the liability trial and hence on status of winnowing efforts. At present, the following claims seem still to be candidates for the trial (have I left anything out?):

    Apple's '002 – Non-infringement is to be addressed at 1/23 hearing.
    Apple's '263 – Claim construction to be addressed at 1/23 hearing.
    Apple's '486 & '852 – Invalidity and non-infringement to be addressed at 1/23 hearing.
    Apple's '867 – Non-infringement to be addressed at 1/23 hearing.
    Apple's '337 – Still at issue
    Apple's '354 – Still at issue
    Apple's '949 – Still at issue
    Motorola's '516 – Still at issue
    Motorola's '559 – Still at issue
    Motorola's '898 – Still at issue

3. Discussion of whether either party intends to request *Daubert* hearings.

4. Motorola's 1/20 motion to prevent disclosure of information to Apple expert Michael Walker and Apple's 1/20 motion to preclude supplemental expert testimony on liability issues.

5. Discussion of status of and deadlines for discovery.

6. Oral argument on:

   Patent '263: Construction of "realtime application program interface"

   Patent '486 & '852: Motorola's motion for summary judgment of non-infringement. It would be helpful if at the hearing the parties would explain/demonstrate the difference between a document-based computing environment and an application-based computing environment.

   Patent '486 & '852: Apple's motion for summary judgment of no invalidity

   Patent '867: Motorola's motion for summary judgment of non-infringement

   Patent '002: Motorola's motion for summary judgment of non-infringement.

*[signature: Richard A. Posner]*

United States Circuit Judge,
Sitting by designation

January 21, 2012