UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:11-cv-08540 |
| v. | ) ) ) | Judge Richard A. Posner. |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC., | ) ) ) | |
| *Defendants*. | ) | |

**ADDENDUM TO AGENDA FOR JANUARY 23, 2012, HEARING**

I need to add one item to the agenda for tomorrow's hearing.

I've decided that, if the liability trial ends in a verdict of liability, the damages trial should begin immediately afterwards (or perhaps immediately after a bench trial, presumably short, on equitable defenses, following immediately on the liability trial), though before a new jury. It is desirable to wrap up the entire litigation as soon as possible. And a better sense of potential damages liability, a sense likely to emerge in the pretrial preparation for a damages trial, may facilitate settlement.

I am therefore thinking of changing my order granting deferral of completion of discovery relating to damages. I also want to consider the appointment of a neutral expert on damages.

I would like to get your views on these matters at the hearing tomorrow, understanding that your view probably will be tentative because of the short notice.

United States Circuit Judge,
Sitting by designation

January 22, 2012