UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:11-cv-08540 |
| v. | ) ) ) | Judge Richard A. Posner. |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC., | ) ) ) | |
| *Defendants*. | ) | |

## CORRECTION

The following is deleted from the first sentence of the sixth paragraph of the claim construction part of my January 25, 2012 order: "(e.g., preventing a streaming video from being interrupted by incoming data)."

*[signature: Richard A. Posner]*

United States Circuit Judge

January 26, 2012