# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

———————

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:11-cv-08540 |
| v. | ) ) | Judge Richard A. Posner. |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC., | ) ) ) | |
| *Defendants*. | ) | |

## ORDER OF FEBRUARY 21 2012

By way of follow up to this morning's pretrial conference:

1. Motorola shall be expected to obtain full and immediate compliance by Google with Apple's liability discovery demands.

2. The parties may include in the supplemental expert reports due on March 1 testimony relating to new devices whose code pertinent to this case does not differ materially (material to the issues in this case) from the code of the devices already considered by the experts.

3. Briefs and ruling regarding the court-appointed damages expert will be deferred until submission of the supplemental expert reports on March 1.

4. Suggested court instructions for Prof. McLaughlin are due on February 28.

5. The parties shall notify me by February 28 if they have objections to the possibility of appointing either Steve Gribble or John Bennett as a court-appointed liability expert to testify regarding Apple's patents.

2

6. Also on February 28 the parties shall submit separate or joint suggestions regarding the transfer to me of all or part of the case pending in the Western District of Wisconsin.

7. Briefs on the remaining claim construction issues are due on March 9, and the *Markman* hearing on those issues will be held on March 12 at 9:30 a.m. in a courtroom to be announced.

8. The parties' lists of prior-art references for trial are due on April 30.

9. The parties shall continue their efforts to winnow the number of patents and number of issues for trial. They shall submit a progress report on February 28, together with suggestions for grouping patents (4-2, 1-1, or other) for separate liability trials, if I decide that a trial involving nine patents would overtax a jury.

10. The deadline for submission to me of each side's final list of witnesses shall be March 30, to enable any of them who have not yet been deposed to be deposed before the trial.

*Richard A. Posner*

United States Circuit Judge

February 21, 2012