UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

―――――――

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:11-cv-08540 |
| v. | ) ) | Judge Richard A. Posner. |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC., | ) ) ) | |
| *Defendants*. | ) | |

ORDER OF FEBRUARY 22, 2012

In order to facilitate the court-appointed experts' assistance with this case, the parties shall comply with the following two requests by March 8, 2012:

1. For each patent asserted at trial, each party shall submit a report no longer than 20 pages summarizing the opinions of that party's experts regarding patent infringement and validity. The reports may be technical and should address in detail the patent and allegedly infringing devices, but should avoid discussion of legal principles. They will be used solely to inform the court-appointed liability experts of the issues of the case.

2. The parties shall electronically file a copy of each report containing expert testimony relevant to the infringement or validity of any patent to be tried in this case. Each party shall submit only the reports of experts retained by that party. No hardcopy is required.

Please attach each report as an exhibit to the same docket entry.

United States Circuit Judge

February 22, 2012