UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

———————

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:11-cv-08540 |
| v. | ) ) | Judge Richard A. Posner. |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC., | ) ) ) | |
| *Defendants*. | ) | |

**ORDER OF FEBRUARY 27, 2012**

Apple's unopposed application of February 22, 2012 for issuance of a request for international judicial assistance (letter rogatory) is granted.

Motorola's motion of February 24, 2012 to compel plaintiffs to designate and provide witnesses for defendants' 30(b)(6) topics 84–100 is granted.

Motorola's motion of February 24, 2012 to compel plaintiffs to produce documents responsive to defendants' request for production no. 100 and to designate and provide witnesses for defendants' 30(b)(6) topic 121 is dismissed as moot.

United States Circuit Judge

February 27, 2012