**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| APPLE INC., and NEXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, INC.),<br><br>    Plaintiffs and<br>    Counterclaim-Defendants,<br><br>v.<br><br>MOTOROLA, INC. and MOTOROLA MOBILITY, INC.<br><br>    Defendants and<br>    Counterclaim-Plaintiffs | Case No. 11-CV-08540<br><br>Judge Richard A. Posner |

**APPENDIX TO PLAINTIFFS APPLE INC. AND NeXT SOFTWARE INC.'S
MOTION TO COMPEL GOOGLE AND MOTOROLA TO PROVIDE DISCOVERY
CONCERNING GOOGLE'S ACQUISITION OF ANDROID INC., ITS DEVELOPMENT
OF THE ANDROID OPERATING SYSTEM, AND ITS ACQUISITION OF
MOTOROLA**

# **LIST OF EXHIBITS CITED IN APPLE'S MOTION TO COMPEL**

| | |
|---|---|
| EXHIBIT 1 | Apple's Subpoena to Google Inc. dated May 20, 2011 |
| EXHIBIT 2 | Letter from R. Watkins to A. Williamson dated February 27, 2012 |
| EXHIBIT 3 | Letter from K. Madigan to R. Watkins dated February 28, 2012 |
| EXHIBIT 4 | Apple's Subpoena to Google Inc. dated August 22, 2011 |
| EXHIBIT 5 | Apple's Fifth Set of Requests for Production (Nos. 95-110) dated August 22, 2011 |
| EXHIBIT 6 | Apple's Second Notice of Deposition of Motorola Mobility, Inc. dated August 22, 2011 |
| EXHIBIT 7 | E-mail from A. Williamson to R. Vlasis dated February 16, 2012 |
| EXHIBIT 8 | E-mail from A. Williamson to R. Watkins dated February 20, 2012 |
| EXHIBIT 9 | Letter from R. Watkins to K. Madigan dated March 1, 2012 |
| EXHIBIT 10 | Letter from K. Madigan to R. Watkins dated March 2, 2012 |

Dated: March 2, 2012                          Respectfully submitted,

                                                     */s/ Brian E. Ferguson*

Robert T. Haslam
rhaslam@cov.com
Anupam Sharma
asharma@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Robert D. Fram
rfram@cov.com
Christine Saunders Haskett
chaskett@cov.com
Samuel F. Ernst
sernst@cov.com
Winslow B. Taub
wtaub@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Matthew D. Powers
Matthew.Powers@tensegritylawgroup.com
Steven Cherensky
Steven.Cherensky@tensegritylawgroup.com
Tensegrity Law Group LLP
555 Twin Dolphin Drive, Suite 360
Redwood Shores, CA 94065
Telephone: 650-802-6010
Facsimile: 650-802-6001

Brian E. Ferguson
brian.ferguson@weil.com
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005

Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Elizabeth S. Weiswasser
Elizabeth.weiswasser@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Plaintiffs Apple Inc.
and NeXT Software, Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 2, 2012, I caused the foregoing document to be electronically filed with the Clerk of Court using the ECF system, which will make this document available to all counsel of record for viewing and downloading from the ECF system.

                                        */s/ Brian E. Ferguson*
                                        Brian E. Ferguson