# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Richard A. Posner | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 8540 | **DATE** | 3/5/2012 |
| **CASE TITLE** | Apple Inc. et al vs. Motorola, Inc. et al | | |

**DOCKET ENTRY TEXT**

ENTER ORDER OF MARCH 5, 2012: Plaintiffs' motion to compel Motorola and Google to provide discovery concerning Google's acquisition of Android Inc., its development of the Android Operating System and its acquisition of Motorola [607] is granted. Defendants' motion to preclude Apple from relying of testimony of Boris Teksler on frand issues [609] is denied. Defendants' motion to strike Apple's new frand reports [614] is granted.

■ [ For further detail see separate order(s).]

Notices mailed.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|