UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:11-cv-08540 |
| v. | ) ) | |
| | ) | Judge Richard A. Posner. |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC., | ) ) ) | |
| *Defendants*. | ) | |

**ORDER OF APRIL 25, 2012**

On April 13, Apple moved to be given an opportunity to "supplement the noninfringement expert reports of Dr. Chris Heegard to address the opinion, offered by Motorola's expert [in support of the April 2012 round of summary judgment motions] ... that the accused Apple products form an 'inner code' by generating a single 4096 bit Hadamard code word." Motorola responded that it did not oppose this portion of Apple's motion so long as it was also given an opportunity to supplement its report. I granted Apple's motion on April 16, permitting both parties to supplement their reports to address this infringement issue.

Apple's interpretation of my April 16 order is correct. It authorized the parties to address a particular infringement argument concerning claim 5 of the '559 patent. Motorola did not move to supplement the invalidity portion of its '559 expert report, and its response to Apple's motion provides no explanation for the need to supplement the parties' invalidity reports.

I therefore grant Apple's request to strike the paragraphs of Dr. Kenney's April 20, 2012 Supplemental Expert Report providing new opinion testimony concerning the validity of the '559 patent.

No. 1:11-cv-08540 2

 United States Circuit Judge

April 25, 2012