# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Richard A. Posner | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 8540 | **DATE** | 5/1/2012 |
| **CASE TITLE** | Apple Inc. et al vs. Motorola Inc. et al | | |

**DOCKET ENTRY TEXT**

ENTER ORDER OF MAY 1, 2012 Re Pretrial Schedule For Damages And Frand Trials.

■ [ For further detail see separate order(s).]   Notices mailed.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|