UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:11-cv-08540 |
| v. | ) ) | Judge Richard A. Posner. |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC., | ) ) ) | |
| *Defendants*. | ) | |

ORDER OF MAY 1, 2012

PRETRIAL SCHEDULE FOR DAMAGES AND FRAND TRIALS

The parties can exchange drafts, meet and confer, etc., as they wish. I will not order exchanges or conferral. On the following dates, the parties ("parties" means each party separately if both can't agree, except that the pretrial orders shall be joint) shall submit to me:

**May 18**: exhibit lists (plus the exhibits themselves on the list), deposition designations (plus the designated portions), and portions of pretrial order on which they have the burden of proof.

**May 25**: objections to exhibits, objections to deposition designations, rebuttal exhibit list (and exhibits), deposition counter designations (plus designated portions). **Also May 25**: proposed jury instructions, proposed verdict forms (including any special verdicts or interrogatories), proposed voir dire questions for the jury (not to exceed 20 questions).

No. 1:11-cv-08540 2

**May 29**: motions in limine. **Note**: exhibits not objected to in limine may not be objected to at trial unless unforeseen developments justify the failure to have objected in limine. **Also May 29:** demonstrative and illustrative exhibits.

**June 4**: oppositions to motions in limine, objections to rebuttal exhibits, objections to deposition counter designations, and objections to demonstrative and illustrative exhibits. **Also June 4**: pretrial order (statement of agreed facts, list of issues to be tried, list of witnesses and deposition excerpts, etc.).

**June 6**: deadline for submitting a *Daubert* motion regarding the court appointed damages expert.

The final pretrial order and final pretrial conference relating to the FRAND and damages phases of the litigation will occur immediately following the conclusion of the Motorola patent liability trial.

United States Circuit Judge

May 1, 2012