IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| APPLE INC., and NEXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, INC.),<br><br>    Plaintiffs and<br>    Counterclaim-Defendants,<br><br>v.<br><br>MOTOROLA, INC. and MOTOROLA MOBILITY, INC.<br><br>    Defendants and<br>    Counterclaim-Plaintiffs | Case No. 11-CV-08540<br><br>Judge Richard A. Posner |

**APPLE INC.'S RESPONSE TO MOTOROLA'S MOTION REGARDING NEUTRAL EXPERT DR. MCLAUGHLIN'S OPINIONS ON THE 263 AND 647 PATENTS**

  Dr. McLaughlin is the Court-appointed neutral expert for four patents – Apple's 263 and 647 patents, and Motorola's 559 and 898 patents. During his deposition regarding the two Apple patents, Dr. McLaughlin confirmed that he had not studied in detail the prior art Motorola has asserted against those patents. Motorola has thus moved the Court to either: (a) instruct Dr. McLaughlin to analyze the VCOS and Prospective prior art references (the primary references asserted by Motorola against the 263 and 647 patents, respectively) and make himself available for a continued deposition; or (b) prevent Dr. McLaughlin from discussing at trial the validity of the 263 and 647 patents.

  Apple respectfully requests the Court choose Motorola's second option – i.e., Dr. McLaughlin will not discuss the validity of Apple's 263 and 647 patents at the trial. With the trial now less than a month away, requiring Dr. McLaughlin to study the prior art for the 263 and

647 patents, prepare a supplemental report, and sit for another deposition, will be burdensome for him and distracting to the parties. The most efficient option, therefore, is to simply instruct Dr. McLaughlin not to address the prior art for the 263 and 647 patents.

If, however, the Court believes the first option should be followed, then Apple respectfully requests that the Court also instruct Dr. McLaughlin to study the prior art asserted by Apple against Motorola's 559 patent. Similar to the Apple 263 and 647 patents, Dr. McLaughlin was not prepared to opine on the 559 patent prior art during his deposition. If Dr. McLaughlin is instructed to study the art as to the 263 and 647 patents, prepare a supplemental report and sit for another deposition, the same instruction should be given to Dr. McLaughlin as to Motorola's 559 patent.[1]

Dated: May 14, 2012                          Respectfully submitted,

                                              /s/ Brian E. Ferguson

                                             Robert T. Haslam
                                             rhaslam@cov.com
                                             Anupam Sharma
                                             asharma@cov.com
                                             COVINGTON & BURLING LLP
                                             333 Twin Dolphin Drive, Suite 700
                                             Redwood Shores, CA 94065-1418
                                             Telephone: (650) 632-4700
                                             Facsimile: (650) 632-4800

                                             Robert D. Fram
                                             rfram@cov.com
                                             Christine Saunders Haskett
                                             chaskett@cov.com

---

[1] This is in contrast to Dr. McLaughlin's detailed prior art analysis concerning Motorola's 898 patent. As is clear from his report on the 898 patent and as he confirmed during his deposition, Dr. McLaughlin has a thorough understanding of the prior art Apple asserts against the 898 patent, and should be allowed to discuss that prior art at trial.

2

Samuel F. Ernst
sernst@cov.com
Winslow B. Taub
wtaub@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Matthew D. Powers
Matthew.Powers@tensegritylawgroup.com
Steven Cherensky
Steven.Cherensky@tensegritylawgroup.com
Tensegrity Law Group LLP
555 Twin Dolphin Drive, Suite 360
Redwood Shores, CA 94065
Telephone: 650-802-6010
Facsimile: 650-802-6001

Brian E. Ferguson
brian.ferguson@weil.com
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Elizabeth S. Weiswasser
Elizabeth.weiswasser@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Plaintiffs Apple Inc.*
*and NeXT Software, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2012, before 9:00 a.m. CST, I caused the foregoing document to be electronically filed with the Clerk of Court using the ECF system, which will make this document available to all counsel of record for viewing and downloading from the ECF system.

                                     */s/ Brian E. Ferguson*
                                     Brian E. Ferguson