**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| APPLE INC., and NEXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, INC.),<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>MOTOROLA, INC. and MOTOROLA MOBILITY, INC.<br><br>    Defendants and Counterclaim-Plaintiffs. | Case No. 1:11-CV-08540<br><br>Hon. Richard A. Posner<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION REGARDING CLAIMS 2, 9 AND 10 OF APPLE'S
U.S. PATENT NO. 7,479,949**

Apple Inc. ("Apple"), by and through counsel, and Motorola Solutions, Inc. (f/k/a Motorola, Inc.) and Motorola Mobility, Inc. (collectively, "Motorola"), by and through counsel, hereby move for the entry of summary judgment of non-infringement of dependent claims 2, 9 and 10 of U.S. Patent Nos. 7,479,949 ("the '949 patent") based on the rulings in the Court's Claim Construction Orders of March 19 and March 29, 2012 ("*Markman* Orders") and the Court's Summary Judgment Order of April 27, 2012. The parties agree that the terms of this Joint Motion will be incorporated into the Final Judgment in this case following resolution of the remaining outstanding issues.

This joint motion is made subject to Apple's reservation of all rights to appeal any aspects of the Court's claim constructions with respect to dependent claims 2, 9 and 10 of the '949 patent, any aspect of the Court's claim constructions with respect to independent claim 1 of

the '949 patent, from which claims 2, 9 and 10 depend, and the Court's summary judgment ruling as to the asserted claims of the '949 patent. Apple reserves its right to pursue any infringement claims against Motorola should one or more of the Court's claim constructions be altered or amended in any way on appeal.

Motorola agrees that its corresponding counterclaims seeking declaratory judgment of non-infringement and invalidity of claims 2, 9 and 10 of the '949 patent should be dismissed without prejudice. This stipulation of dismissal without prejudice is made subject to Motorola's reservation of rights to reassert these or other counterclaims and defenses relating to claims 2, 9 and 10 of the '949 patent should Apple's infringement claims regarding those claims be revived or reasserted for any reason (including, but not limited to, modification of the Court's claim constructions on appeal resulting in a remand to the district court.) Nothing in this stipulation shall preclude Motorola from appealing any ruling that it could otherwise have appealed had this stipulation not been entered.

As a result of this stipulation, only claim 1 of the '949 patent remains in the case for purposes of the upcoming trials.

Dated: May 16, 2012                                    Respectfully submitted,

By:   */s/ Brian E. Ferguson*                          By:   */s/ Stephen Swedlow*

Robert T. Haslam                                       Edward J. DeFranco
Anupam Sharma                                          Raymond Nimrod
COVINGTON & BURLING LLP                                Richard W. Erwine
333 Twin Dolphin Drive, Suite 700                      QUINN EMANUEL URQUHART
Redwood Shores, CA 94065-1418                          & SULLIVAN, LLP
Telephone: (650) 632-4700                              51 Madison Avenue, 22nd Floor
Facsimile: (650) 632-4800                              New York, NY 10010
                                                       Telephone: (212) 849-7000
                                                       Facsimile: (212) 849-7100

Robert D. Fram
Christine Saunders Haskett
Samuel F. Ernst
Winslow B. Taub
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091

Matthew D. Powers
Steven Cherensky
Tensegrity Law Group LLP
555 Twin Dolphin Drive Ste. 360
Redwood Shores, CA 94065
Telephone:  650-802-6000
Facsimile: 650-802-6001

Brian E. Ferguson
Stephen K. Shahida
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Elizabeth S. Weiswasser
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Plaintiffs Apple Inc.
and NeXT Software, Inc*

Charles K. Verhoeven
David A. Perlson
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Brian Cannon
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5001

David A. Nelson
Stephen Swedlow
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
500 West Madison St., Ste. 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Defendant Motorola
Mobility, Inc. and Motorola Solutions, Inc.
(f/k/a Motorola, Inc.)*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2012, I caused the foregoing document to be electronically filed with the Clerk of Court using the ECF system, which will make this document available to all counsel of record for viewing and downloading from the ECF system.

     */s/ Brian E. Ferguson*     
          Brian E. Ferguson