## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Richard A. Posner | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 8540 | **DATE** | 5/22/2012 |
| **CASE TITLE** | Apple, Inc. et al vs. Motorola, Inc. et al | | |

**DOCKET ENTRY TEXT**

ENTER OPINION AND ORDER OF MAY 22, 2012: Plaintiffs' motion to exclude certain testimony of Motorola's damages expert Michael J. Wagner regarding Apple's claims for damages [816] is granted. Plaintiff's motion to exclude testimony of Charles Donohoe that a license on a single patent in a portfolio might command a royalty of up to 40-50% of the overall portfolio rate [818] is granted. Plaintiff's motion to exclude the testimony of Richard J. Holleman [819] is granted. Defendants' motion to strike the opinions of plaintiff's economic expert Brian W. Napper regarding Motorola's damages [821] is granted. Plaintiff's motion to preclude testimony of Carla Mulhern regarding Motorola's claims for damages [823] is granted. Defendants' motion to strike the opinions of plaintiff's economic expert Brian W. Napper from his original and supplemental reports filed March 20, 2012 and April 20, 2012 [824] is granted.

■ [ For further detail see separate order(s).]

Notices mailed.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|