**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

_____

| | | |
|---|---|---|
| APPLE INC. and NeXT SOFTWARE INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:11-cv-08540 |
| v. | ) ) | Judge Richard A. Posner. |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC., | ) ) ) | |
| *Defendants*. | ) | |

**ORDER OF JUNE 5, 2012**

    I have combined and simplified the jury instructions for both liability trials after considering each side's proposal and objections to its opponent's proposal. The revised instructions are attached. The parties may submit written objections to these instructions by Thursday, June 7, and may discuss any substantial objections at the pretrial conference to be held that same day. I anticipate a brief instructions conference at the end of each liability trial (but before closing arguments) where you may propose changes if justified by reason of unforeseen testimony or other unanticipated developments at the trial.

    I also attach verdict forms for the liability trials. You may file written objections to the verdict forms also by Thursday, June 7.

*[signature: Richard A. Posner]*

United States Circuit Judge

June 5, 2012