# JURY VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions.

## APPLE'S '647 PATENT

**Infringement.** Do you find that Apple has proved that it is more likely than not that any of Motorola's devices infringe the '647 Patent, either literally or under the doctrine of equivalents?

\_\_\_\_ YES

\_\_\_\_ NO

If you answer "Yes," do you find that:

| | | |
|---|---|---|
| The Motorola Xoom infringes Claim 1 of '647: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola Xoom infringes Claim 8 of '647: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola DroidX (browser) infringes Claim 1 of '647: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola DroidX (browser) infringes Claim 8 of '647: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola DroidX (messaging) infringes Claim 1 of '647: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola DroidX (messaging) infringes Claim 8 of '647: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola Droid infringes Claim 1 of '647: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola Droid infringes Claim 8 of '647: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola Droid3 infringes Claim 1 of '647: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola Droid3 infringes Claim 8 of '647: | \_\_\_\_ Yes | \_\_\_\_ No |

**Willful Infringement.** If you find that none of Motorola's devices has infringed Apple's '647 patent, skip this question. Otherwise, has Apple proved by clear and convincing evidence that Motorola infringed the '647 patent willfully?

 \_\_\_\_ YES

 \_\_\_\_ NO

**Invalidity.** Do you find that Motorola has proved by clear and convincing evidence that the '647 Patent is invalid?

 \_\_\_\_ YES

 \_\_\_\_ NO

If you answer "Yes," do you find that:

| | | |
|---|---|---|
| Claim 1 of '647 is obvious: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 1 of '647 is anticipated by prior technology: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 8 of '647 is obvious: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 8 of '647 is anticipated by prior technology: | \_\_\_\_ Yes | \_\_\_\_ No |

**APPLE'S '263 PATENT**

**Infringement.** Do you find that Apple has proved that it is more likely than not that any of Motorola's devices infringe the '263 Patent, either literally or under the doctrine of equivalents?

    \_\_\_\_ YES

    \_\_\_\_ NO

If you answer "Yes," do you find that:

| | | |
|---|---|---|
| The Motorola Xoom infringes Claim 1 of '263: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola Xoom infringes Claim 2 of '263: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola Droid infringes Claim 1 of '263: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola Droid infringes Claim 2 of '263: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola Droid2 infringes Claim 1 of '263: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola Droid2 infringes Claim 2 of '263: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola DroidX2 infringes Claim 1 of '263: | \_\_\_\_ Yes | \_\_\_\_ No |
| The Motorola DroidX2 infringes Claim 2 of '263: | \_\_\_\_ Yes | \_\_\_\_ No |

**Willful Infringement.** If you find that none of Motorola's devices has infringed Apple's '263 patent, skip this question. Otherwise, has Apple proved by clear and convincing evidence that Motorola infringed the '263 patent willfully?

    \_\_\_\_ YES

    \_\_\_\_ NO

**Invalidity.** Do you find that Motorola has proved by clear and convincing evidence that the '263 Patent is invalid?

    \_\_\_\_ **YES**

    \_\_\_\_ **NO**

If you answer "Yes," do you find that:

| | | |
|---|---|---|
| Claim 1 of '263 is obvious: | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Claim 1 of '263 is anticipated by prior technology: | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Claim 2 of '263 is obvious: | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Claim 2 of '263 is anticipated by prior technology: | \_\_\_\_\_ Yes | \_\_\_\_\_ No |

**APPLE'S '002 PATENT**

**Infringement.** Do you find that Apple has proved that it is more likely than not that any of Motorola's devices infringe the '002 Patent, either literally or under the doctrine of equivalents?

____ YES

____ NO

If you answer "Yes," do you find that:

| | | |
|---|---|---|
| The Motorola Droid Pro infringes Claim 1 of '002: | _____ Yes | _____ No |
| The Motorola Droid Pro infringes Claim 21 of '002: | _____ Yes | _____ No |
| The Motorola Droid Pro infringes Claim 46 of '002: | _____ Yes | _____ No |
| The Motorola DroidX infringes Claim 1 of '002: | _____ Yes | _____ No |
| The Motorola DroidX infringes Claim 21 of '002: | _____ Yes | _____ No |
| The Motorola DroidX infringes Claim 46 of '002: | _____ Yes | _____ No |
| The Motorola Photon infringes Claim 1 of '002: | _____ Yes | _____ No |
| The Motorola Photon infringes Claim 21 of '002: | _____ Yes | _____ No |
| The Motorola Photon infringes Claim 46 of '002: | _____ Yes | _____ No |

**Induced Infringement.** Do you find that Apple has proved that it is more likely than not that Motorola's customers performed claim 21 of the '002 patent, and that Motorola knew of the '002 patent, and took action that it knew or should have known would induce that infringement?

____ YES

____ NO

**Willful Infringement.** If you find that none of Motorola's devices has infringed Apple's '002 patent, skip this question. Otherwise, has Apple proved by clear and convincing evidence that Motorola infringed the '002 patent willfully?

\_\_\_\_ YES

\_\_\_\_ NO

**Invalidity.** Do you find that Motorola has proved by clear and convincing evidence that the '002 Patent is invalid?

\_\_\_\_ YES

\_\_\_\_ NO

If you answer "Yes," do you find that:

| | | |
|---|---|---|
| Claim 1 of '002 is obvious: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 1 of '002 is anticipated by prior technology: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 21 of '002 is obvious: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 21 of '002 is anticipated by prior technology: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 46 of '002 is obvious: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 46 of '002 is anticipated by prior technology: | \_\_\_\_ Yes | \_\_\_\_ No |

**APPLE'S '949 PATENT**

**Infringement.** Do you find that Apple has proved that it is more likely than not that the Motorola DroidX infringes claim 1 of the '949 Patent, either literally or under the doctrine of equivalents?

____ YES

____ NO

**Willful Infringement.** If you find that the DroidX does not infringe Apple's '949 patent, skip this question. Otherwise, has Apple proved by clear and convincing evidence that Motorola infringed the '949 patent willfully?

____ YES

____ NO

**Invalidity.** Do you find that Motorola has proved by clear and convincing evidence that claim 1 of '949 Patent is invalid?

____ YES

____ NO

If you answer "Yes," do you find that:

Claim 1 of '949 is obvious: _____ **Yes** _____ **No**

The specification of '949 lacks sufficient written description of claim 1's elements:

_____ **Yes** _____ **No**

The specification of '949 doesn't contain enough information to enable one skilled in the relevant technology to practice the invention described in claim 1:

_____ **Yes** _____ **No**