## JURY VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions.

**1. Infringement.** Do you find that Motorola has proved that it is more likely than not that the iPhone 4 infringes the '898 Patent, either literally or under the doctrine of equivalents?

    \_\_\_\_ **YES**

    \_\_\_\_ **NO**

If you answer "Yes," do you find that the iPhone 4 infringes:

Claim 1 of '898:   \_\_\_\_\_ **Yes**\_\_\_\_\_ **No**

Claim 2 of '898:   \_\_\_\_\_ **Yes**\_\_\_\_\_ **No**

Claim 5 of '898:   \_\_\_\_\_ **Yes**\_\_\_\_\_ **No**

**2. Induced Infringement.** Do you find that Motorola has proved that it is more likely than not that Apple's customers performed claim 1, 2, or 3 of the '898 patent, and that Apple knew of the '898 patent, and took action that it knew or should have known would induce that infringement?

  \_\_\_\_ **YES (For Motorola)**

  \_\_\_\_ **NO (For Apple)**

  If you answer "Yes," do you find that Apple induced infringement of:

  Claim 1 of '898: \_\_\_\_ **Yes**\_\_\_\_ **No**

  Claim 2 of '898: \_\_\_\_ **Yes**\_\_\_\_ **No**

  Claim 5 of '898: \_\_\_\_ **Yes**\_\_\_\_ **No**

**3. Contributory Infringement.** Do you find that Motorola has proved that it is more likely than not that Apple's customers used the '898 patent claimed process, that Apple supplied an important component that is a significant part of the '898 invention and was not a common item with other uses that do not infringe the '898 invention, and that Apple supplied the component with knowledge of the '898 patent and knowledge that the component did not have non-infringing uses?

  \_\_\_\_ **YES (For Motorola)**

  \_\_\_\_ **NO (For Apple)**

  If you answer "Yes," do you find that Apple contributed to infringement of:

  Claim 1 of '898: \_\_\_\_ **Yes**\_\_\_\_ **No**

  Claim 2 of '898: \_\_\_\_ **Yes**\_\_\_\_ **No**

  Claim 5 of '898: \_\_\_\_ **Yes**\_\_\_\_ **No**

**4. Willful Infringement.** If you find that Apple has not infringed Motorola's '898 patent, skip this question. If Apple has infringed Motorola's '898 patent, has Motorola proved by clear and convincing evidence that Apple infringed the patent willfully?

    \_\_\_\_ **YES (For Motorola)**

    \_\_\_\_ **NO (For Apple)**

**5. Invalidity.** Do you find that Apple has proved by clear and convincing evidence that the '898 Patent is invalid because it is obvious or anticipated by prior technology?

    \_\_\_\_ **YES (For Apple)**

    \_\_\_\_ **NO (For Motorola)**

If you answer "Yes," do you find that:

| | | |
|---|---|---|
| Claim 1 of '898 is obvious: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 1 of '898 is anticipated by prior technology: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 2 of '898 is obvious: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 2 of '898 is anticipated by prior technology: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 5 of '898 is obvious: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 5 of '898 is anticipated by prior technology: | \_\_\_\_ Yes | \_\_\_\_ No |