# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Apple, Inc., et al.

       Plaintiff,

v.               Case No.: 1:11−cv−08540
                Honorable Richard A. Posner

Motorola, Inc., et al.

       Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, June 7, 2012:

  MINUTE entry before Honorable Richard A. Posner: Enter Order of 6/7/12. On the basis of the motions filed by the parties regarding damages, injunctive and declaratoryrelief, and mootness, and the parties filings this morning addressed to these matters and the hearing held this afternoon, I have tentatively decided that the case should be dismissed with prejudice because neither party can establish a right to relief. The trial scheduled to begin this coming Monday, 6/11/12, is therefore canceled. But I will delay entry of judgment until I have prepared a full opinion, because in the course of that preparation I may change my mind. I will merely sketch the grounds for my tentative view very briefly in this order. (For further details, see Order in separate docket entry). Judicial staff maield notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.