**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Apple, Inc., et al.
                      Plaintiff,

v.                                      Case No.: 1:11−cv−08540
                                            Honorable Richard A. Posner

Motorola, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 20, 2012:

      MINUTE entry before Honorable Richard A. Posner:In court hearing held on 6/20/2012Judicial staff maled notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.