AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

Apple, Inc. and NeXT Software Inc., )
*Plaintiff* )
v. ) Civil Action No. 1:11-cv-08540
Motorola, Inc. and Motorola Mobility, Inc., )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other: The case, including all claims and counterclaims, is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Richard A. Posner  on a motion for motions summary judgment.

Date: June 22, 2012

CLERK OF COURT, Thomas G. Bruton

*Signature of Clerk or Deputy Clerk*

Alyce Mobley Morris, Deputy Clerk