# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| APPLE INC., and NeXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, INC.),<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>MOTOROLA INC. and MOTOROLA MOBILITY, INC.<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 1:11-CV-08540<br><br>Hon. Richard A. Posner |

**NOTICE OF WITHDRAWAL OF COVINGTON & BURLING LLP AS COUNSEL FOR APPLE INC. AND NeXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, INC.)**

Notice is hereby given of the withdrawal of Covington & Burling LLP as counsel for Apple Inc. and NeXT Software, Inc. (f/k/a NeXT Computer, Inc.) (collectively, "Apple") in the above-captioned matter, effective immediately. This matter terminated in the District Court on June 22, 2012, and is on appeal to the Court of Appeals for the Federal Circuit. Apple will continue to be represented by its other counsel of record.

Dated: January 30, 2013

Respectfully submitted,

*/s/ Robert D. Fram*
Robert T. Haslam (Ill. ID No. 71134)
rhaslam@cov.com
Anupam Sharma (*pro hac vice*)
asharma@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Robert D. Fram (*pro hac vice*)
rfram@cov.com
Christine Saunders Haskett (*pro hac vice*)
chaskett@cov.com
Samuel F. Ernst (*pro hac vice*)
sernst@cov.com
Winslow B. Taub (*pro hac vice*)
wtaub@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Christopher K. Eppich (*pro hac vice*)
ceppich@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: (858) 678-1800
Fax: (858) 678-1600

- 2 -

## CERTIFICATE OF SERVICE

I, Robert D. Fram, an attorney, do hereby certify that I caused a copy of the foregoing to be electronically filed with the Court and served on all parties on January 30, 2013 using the Court's electronic case filing system and via electronic mail.

By: */s/ Robert D. Fram*_____
Robert D. Fram