# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

12-1548, 12-1549

**APPLE INC. and NEXT SOFTWARE, INC. (formerly known as NeXT Computer, Inc.),**
*Plaintiffs-Appellants,*

v.

**MOTOROLA, INC. (now known as Motorola Solutions, Inc.) and MOTOROLA MOBILITY, INC.,**
*Defendants-Cross Appellants.*

Appeal from the United States District Court for the Northern District of Illinois in case no. 11-CV-8540 Circuit Judge Richard A. Posner

## MANDATE

In accordance with the judgment of this Court, entered April 25, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court